EXHIBIT 1

**07 C 6597**

**JUDGE ASPEN
MAGISTRATE JUDGE BROWN**

Int. Cls.: 35 and 39

Prior U.S. Cls.: 100, 101, 102, and 105

**United States Patent and Trademark Office**

Reg. No. 2,120,561
Registered Dec. 9, 1997

## SERVICE MARK
### PRINCIPAL REGISTER

## FREEDOM LOGISTICS

TRANZACT SYSTEMS, LTD. (ILLINOIS CORPORATION)
1221 WEST 175TH STREET
HOMEWOOD, IL 60430

FOR: ARRANGING FOR THE TRANSPORT OF FREIGHT BETWEEN SHIPPERS AND CARRIERS; FREIGHT BILL AUDITING; REQUESTING FREIGHT TRANSPORT RATES FROM CARRIERS; AND, PROVIDING FREIGHT TRANSPORT RATES TO SHIPPERS, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 4-10-1996; IN COMMERCE 4-10-1996.

FOR: FREIGHT BROKERAGE; AND, TRANSPORT FORWARDING OF FREIGHT, IN CLASS 39 (U.S. CLS. 100 AND 105).

FIRST USE 4-10-1996; IN COMMERCE 4-10-1996.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "LOGISTICS", APART FROM THE MARK AS SHOWN.

SN 75-124,873, FILED 6-24-1996.

JEFFERY FRAZIER, EXAMINING ATTORNEY

 United States Patent and Trademark Office 

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Assignments on the Web > **Trademark Query**

# Trademark Assignment Abstract of Title

**Total Assignments: 1**

**Serial #:** 75124873    **Filing Dt:** 06/24/1996    **Reg #:** 2120561    **Reg. Dt:** 12/09/1997

**Registrant:** Tranzact Systems, Ltd.

**Mark:** FREEDOM LOGISTICS

**Assignment: 1**

**Reel/Frame:** 2839/0232    **Received:** 10/07/2003    **Recorded:** 09/12/2003    **Pages:** 10

**Conveyance:** CHANGE OF NAME

**Assignor:** TRANZACT SYSTEMS, LTD.    **Exec Dt:** 12/20/1996

   **Entity Type:** CORPORATION

   **Citizenship:** ILLINOIS

**Assignee:** TRANZACT TECHNOLOGIES, INC.    **Entity Type:** CORPORATION

360 W. BUTTERFIELD ROAD, STE 400    **Citizenship:** ILLINOIS

ELMHURST, ILLINOIS 60126

**Correspondent:** SULLIVAN HINCKS & CONWAY

DANIEL C. SULLIVAN

122 W. 22ND STREET

SUITE 350

OAK BROOK, IL 60523

Search Results as of: 11/16/2007 11:05 AM

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.0.1
Web interface last modified: April 20, 2007 v.2.0.1

| .HOME | INDEX | SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT