**FILED**
**NOVEMBER 21, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**07 C 6597**

In the Matter of

Tranzact Technologies, Inc. d/b/a Freedom Logistics

v.

Freedom Logistics, LLC

Case Number:

**JUDGE ASPEN**
**MAGISTRATE JUDGE BROWN**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Tranzact Technologies, Inc. d/b/a Freedom Logistics

| | |
|---|---|
| NAME (Type or print) Daniel C. Sullivan | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Daniel C. Sullivan | |
| FIRM Sullivan Hincks & Conway | |
| STREET ADDRESS 120 W. 22nd Street, Suite 100 | |
| CITY/STATE/ZIP Oak Brook Illinois 60523 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 2767406 | TELEPHONE NUMBER 630 573-5021 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |