FILED
NOVEMBER 21, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

07 C 6597

JUDGE ASPEN
MAGISTRATE JUDGE BROWN

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRANZACT TECHNOLOGIES, INC., doing business as FREEDOM LOGISTICS®, an Illinois corporation, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | Case No.: Judge: |
| FREEDOM LOGISTICS, LLC, a Tennessee limited liability company, | ) ) ) ) | Magistrate Judge: |
| Defendant. | ) ) | |

## NOTICE OF TRADEMARK CLAIM

The undersigned, counsel of record for the Plaintiff, hereby gives notice, pursuant to Local Rule 3.4, that the Complaint filed in this matter states a claim under 15 U.S.C. §§ 1114, 1125(a), and 1125(c) and states as follows:

1. The name and address of the Plaintiff is:

   Tranzact Technologies, Inc. d/b/a Freedom Logistics®
   360 West Butterfield Rd., 4th Floor
   Elmhurst, IL 60126

2. The name and address of the Defendant is:

   Freedom Logistics, LLC
   147 Transport Drive
   Gordonsville, Tennessee 38563

3. This claim arises out of the Plaintiff's registration of the service mark "Freedom Logistics®" with the United States Patent and Trademark Office on the principal register, and Plaintiff's subsequent use thereof.

   Dated this 21st day of November, 2007.

Tranzact Technologies, Inc. d/b/a Freedom Logistics®.

By: /s/ Matthew P. Barrette
    One of Its Attorneys

Daniel C. Sullivan
Matthew P. Barrette
Sullivan Hincks & Conway
120 W. 22nd Street, Suite 100
Oak Brook, IL 60523
Ph.: (630) 573-5021
Fax: (630) 573-5130
*Attorneys for Plaintiff*