**FILED**
**NOVEMBER 21, 2007**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRANZACT TECHNOLOGIES, INC., doing business as FREEDOM LOGISTICS®, an Illinois corporation, ) ) ) ) | **07 C 6597** |
| Plaintiff, ) ) | |
| ) | Case No.: |
| v. ) ) | **JUDGE ASPEN** |
| ) | Judge: **MAGISTRATE JUDGE BROWN** |
| FREEDOM LOGISTICS, LLC, a Tennessee limited liability company, ) ) ) | Magistrate Judge: |
| Defendant. ) | |

## NOTIFICATION OF AFFILIATES

The undersigned, counsel of record for the Plaintiff furnishes the following certification as required by Local Rule 3.2:

To the best of the undersigned's knowledge, the Plaintiff is a privately held corporation that has no affiliates as that term is defined in Local Rule 3.2.

Dated this 21st day of November, 2007.

Sullivan Hincks & Conway

By: /s/ Matthew P. Barrette
One of Its Attorneys

Daniel C. Sullivan
Matthew P. Barrette
Sullivan Hincks & Conway
120 West 22nd Street, Suite 100
Oak Brook, Illinois 60523
(630) 573-5021
(630) 573-5130 (fax)