EXHIBIT A

Freedom Logistics                                                    http://www.freedomlogistics.com/

# Freedom Logistics

**Freedom Logistics is a turnkey Transportation Management Solution which enables logistics professionals to control processes and costs.**

- What Is Freedom?
- Member Benefits
- Carrier Profiles
- Customer Rating
- Contact Us

— TranzAct.com —◄
— TranzNews.com —◄
Freight Bill Inquiry



Freedom Logistics provides a 1st party Transportation Management Solution, which puts shippers in control of their transportation costs. Freedom Logistics delivers the carrier rates and transportation management tools of a Fortune 500 shipper to small and mid sized organizations who are looking to utilize their Logistics and Supply Chain processes as a competitive edge.

EXHIBIT B

Int. Cls.: 35 and 39

Prior U.S. Cls.: 100, 101, 102, and 105

## United States Patent and Trademark Office

Reg. No. 2,120,561
Registered Dec. 9, 1997

### SERVICE MARK
### PRINCIPAL REGISTER

## FREEDOM LOGISTICS

TRANZACT SYSTEMS, LTD. (ILLINOIS COR-
PORATION)
1221 WEST 175TH STREET
HOMEWOOD, IL 60430

FOR: ARRANGING FOR THE TRANSPORT
OF FREIGHT BETWEEN SHIPPERS AND CAR-
RIERS; FREIGHT BILL AUDITING; REQUEST-
ING FREIGHT TRANSPORT RATES FROM
CARRIERS; AND, PROVIDING FREIGHT
TRANSPORT RATES TO SHIPPERS, IN CLASS
35 (U.S. CLS. 100, 101 AND 102).
FIRST USE 4-10-1996; IN COMMERCE
4-10-1996.

FOR: FREIGHT BROKERAGE; AND, TRANS-
PORT FORWARDING OF FREIGHT, IN CLASS
39 (U.S. CLS. 100 AND 105).
FIRST USE 4-10-1996; IN COMMERCE
4-10-1996.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "LOGISTICS", APART FROM
THE MARK AS SHOWN.

SN 75-124,873, FILED 6-24-1996.

JEFFERY FRAZIER, EXAMINING ATTORNEY

EXHIBIT C



**United States Patent and Trademark Office**

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



Assignments on the Web > Trademark Query

# Trademark Assignment Abstract of Title

**Total Assignments: 1**

**Serial #:** 75124873   **Filing Dt:** 06/24/1996   **Reg #:** 2120561   **Reg. Dt:** 12/09/1997

**Registrant:** Tranzact Systems, Ltd.

**Mark:** FREEDOM LOGISTICS

**Assignment: 1**

**Reel/Frame:** 2839/0232   **Received:** 10/07/2003   **Recorded:** 09/12/2003   **Pages:** 10

**Conveyance:** CHANGE OF NAME

**Assignor:** TRANZACT SYSTEMS, LTD.   **Exec Dt:** 12/20/1996

**Entity Type:** CORPORATION

**Citizenship:** ILLINOIS

**Assignee:** TRANZACT TECHNOLOGIES, INC.   **Entity Type:** CORPORATION
360 W. BUTTERFIELD ROAD, STE 400   **Citizenship:** ILLINOIS
ELMHURST, ILLINOIS 60126

**Correspondent:** SULLIVAN HINCKS & CONWAY
DANIEL C. SULLIVAN
122 W. 22ND STREET
SUITE 350
OAK BROOK, IL 60523

Search Results as of: 11/16/2007 11:05 AM

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.0.1
Web interface last modified: April 20, 2007 v.2.0.1

| .HOME | INDEX | SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT |

# EXHIBIT D

 Secretary of State

Business Name Search

| Secretary of State Web Site | Instructions |

|  |  |
|---|---|
| **Name** | **I.D. Number** |
| FREEDOM LOGISTICS, LLC | 0456062 |

**Business Type*:** LIMITED LIABILITY COMPANY
**Profit/Nonprofit:** FOR PROFIT
**Status*:** ACTIVE
**Date of Formation/Qualification:** 10/21/2003
**Domestic/Foreign:** DOMESTIC
**Place of Incorporation/Organization:** SMITH
**Duration:** PERPETUAL
**FYC(Fiscal Year Closing) Month:** DECEMBER

**Principal Office:**
**Address Line 1:**  147 TRANSPORT DR
**Address Line 2:**
**City:**  GORDONSVILLE
**State:**  TN
**Zip:**  38563
**Other than USA:**

**Registered Agent:**
**Name:**  DONNY KEMP
**Address Line 1:**  147 TRANSPORT DR
**Address Line 2:**
**City:**  GORDONSVILLE
**State:**  TN
**Zip:**  38563

**Business Filing History**
\* Important Note: Business filing History includes information about (1) the basis for an inactive status and (2) the current true name and filing status of a business with an assumed name or a changed status.

Note: This information is current as of three working days prior to today's date.

[ Search Again ]

EXHIBIT E





Menu   Choose Menu Option

**Go**

## Motor Carrier Details

| US DOT: | N/A | Docket Number: | MC475694 |
|---|---|---|---|
| Legal Name: | FREEDOM LOGISTICS, LLC | | |

| Doing-Business-As Name: | |
|---|---|
| | |

| Business Address | Business Telephone and Fax | Mail Address | Mail Telephone and Fax | Undeliverable Mail |
|---|---|---|---|---|
| 147 TRANSPORT DRIVE GORDONSVILLE TN 38563 | (615) 683-6681 | | | NO |

| Authority Type | Authority Status | Application Pending |
|---|---|---|
| Common | NONE | NO |
| Contract | NONE | NO |
| Broker | ACTIVE | NO |

| Property | Passenger | Household Goods | Private | Enterprise |
|---|---|---|---|---|
| YES | NO | NO | NO | NO |

| Insurance Type | Insurance Required | Insurance on File |
|---|---|---|
| BIPD | $0 | $0 |
| Cargo | NO | NO |
| Bond | YES | YES |

**BOC-3:** YES
**Blanket Company:** <u>SERVICE OF PROCESS AGENTS, INC.</u>
<u>Web Site Content and BOC-3 Information Clarification</u>

| <u>Active/Pending Insurance</u> | <u>Rejected Insurance</u> | <u>Insurance History</u> | <u>Authority History</u> | <u>Pending Application</u> | <u>Revocation</u> |

Thursday , October 11, 2007 at 13:05:59
<u>FMCSA Home</u> | <u>DOT Home</u> | <u>Privacy Policy/Disclaimer</u> | <u>Accessibility</u> | <u>Related Sites</u> | <u>Help</u>

United States Department of Transportation - **Federal Motor Carrier Safety Administration**

 

Menu  Choose Menu Option

## Active/Pending Insurance

| US DOT: | N/A | | Docket Number: | MC475694 |
|---------|-----|---|----------------|----------|
| Legal Name: | FREEDOM LOGISTICS, LLC | | | |

| Form | Type | Insurance Carrier | Policy/Surety | Posted Date | Coverage From | Coverage To | Effective Date | Cancellation Date |
|------|------|-------------------|---------------|-------------|---------------|-------------|----------------|-------------------|
| 84 | SURETY | INTERNATIONAL FIDELITY INSURANCE COMPANY | | 02/09/2004 | $0 | $10,000* | 01/31/2004 | |

\* If a carrier is in compliance, the amount of coverage will always be shown as the required Federal minimum ($5,000 per vehicle, $10,000 per occurrence for cargo insurance and $10,000 for bond/trust fund). The carrier may actually have higher levels of coverage.



| Carrier Details | Rejected Insurance | Insurance History | Authority History | Pending Application | Revocation |

Thursday , October 11, 2007 at 13:06:12

FMCSA Home | DOT Home | Privacy Policy/Disclaimer | Accessibility | Related Sites | Help

United States Department of Transportation - **Federal Motor Carrier Safety Administration**

 

Menu   Choose Menu Option    ·    🔵

## Authority History

| US DOT: | N/A | Docket Number: | MC475694 |
|---|---|---|---|
| Legal Name: | FREEDOM LOGISTICS, LLC | | |

| Sub | Auth Type | Original Action | | Disposition | |
|---|---|---|---|---|---|
| | PROPERTY BROKER | GRANTED | 02/13/2004 | | |

| Carrier Details | Active/Pending Insurance | Rejected Insurance | Insurance History | Pending Application | Revocation |

Thursday , October 11, 2007 at 13:06:29
FMCSA Home | DOT Home | Privacy Policy/Disclaimer | Accessibility | Related Sites | Help

United States Department of Transportation - **Federal Motor Carrier Safety Administration**

 

## Process Agents for: SERVICE OF PROCESS AGENTS, INC.

| State | Representative Name/<br>Company Name | Address |
|-------|-------------------------------------|---------|
| AK | JULIAN RICE, ESQ . | 10104 SALCHA DRIVE<br>SALCHA AK, 99714-9624 |
| AL | DONALD B. SWEENEY, ESQ | 1819 FIFTH AVENUE, NORTH<br>BIRMINGHAM AL, 35203 |
| AR | CAROLYN B. WITHERSPOON, ESQ., CROSS, GUNTER, WITHERSPOON | 500 PRESIDENT CLINTON AVE., #200<br>LITTLE ROCK AR, 72201 |
| AZ | JEFF SIMMONS, ESQ. | ONE NORTH CENTRAL AVENUE, #1200<br>PHOENIX AZ, 85004-4530 |
| CA | DANIEL K. GASTON, ESQ. | 200 SOUTH LOS ROBLES AVE., STE 530<br>PASADENA CA, 91101 |
| CO | SHERRI HECKEL KUHLMAN, ESQ. | 1700 LINCOLN STREET, SUITE 4100<br>DENVER CO, 80203 |
| CT | MICHAEL CLEAR, ESQ. | 184 ATLANTIC STREET<br>STAMFORD CT, 06901 |
| DC | ERIC R. STANCO, ESQ. | 126 C STREET, NW<br>WASHINGTON DC, 20001 |
| DE | STEPHEN D. GOLDBERG, ESQ. | 222 DELAWARE AVENUE, SUITE 1200<br>WILMINGTON DE, 19801 |
| FL | LAWRENCE J. ROBERTS, ESQ., | 249 CATALONIA AVENUE<br>CORAL GABLES FL, 33134 |
| GA | BRUCE MITCHELL | 3390 PEACHTREE RD, 5TH FLOOR<br>ATLANTA GA, 30326 |
| HI | STEVEN GUTTMAN, ESQ. | 220 SOUTH KING STREET, 19TH FLOOR<br>HONOLULU HI, 96813 |
| IA | WILLIAM L. FAIRBANK, ESQ. | 317 6TH AVE., STE 1200<br>DES MOINES IA, 50309 |
| ID | ERIC STEPHEN BAILEY, BOWEN & BAILEY, LLP | JEFFERSON PL350 N. NINTH ST. STE202<br>BOISE ID, 83701 |
| IL | ANTHONY E. YOUNG, ESQ., LAW OFFICES OF ANTHONEY E. YOUNG, LT | 100 EAST HURON ST., SUITE 2004<br>CHICAGO IL, 60611 |
| IN | KENNETH P. REESE, ESQ. | 7436 GALLOWAY AVE<br>INDIANAPOLIS IN, 46250 |
| KS | W. ROBERT ALDERSON, ESQ. | 2101 S.W. 21ST STREET<br>TOPEKA KS, 66604 |
| KY | JAMES DEAN LIEBMAN, ESQ. | 403 WEST MAIN<br>FRANKFORT KY, 40601 |
| | | 1509 LAMY LANE |

| LA | MICHAEL FONTENOT, ESQ. | MONROE LA, 71201 |
|---|---|---|
| MA | WESLEY S. CHUSED, ESQ., LOONEY & GROSSMAN, LLP | 101 ARCH STREET BOSTON MA, 02110-1112 |
| MD | DAVID TONNESSEN, ESQ. | 1657 WHITEHEAD COURT BALTIMORE MD, 21207 |
| ME | MARK FRANCO, ESQ, THOMPSON & BOWIE | THREE CANAL PLAZA PORTLAND ME, 04112 |
| MI | ROBERT E. MCFARLAND, ESQ. | 32300 NORTHWESTERN HWY., #230 FARMINGTON HILLS MI, 48334 |
| MN | MICHAEL C. GLOVER, ESQ., KALINA, WILLS, GISVOLD & CLARK | 6160 SUMMIT DR., SUITE 560 MINNEAPOLIS MN, 55430 |
| MO | KURT H. KING, ESQ. | 20 EAST FRANKLIN LIBERTY MO, 64068 |
| MS | FRED W. JOHNSON, ESQ. | 357 TOWNE CTR. BLVD., STE 203 RIDGELAND MS, 39157 |
| MT | MARGY BONNER, ESQ | 315 N. 24TH STREET BILLINGS MT, 59101 |
| NC | WILLIAM W. PETTIT, ESQ., KELLAM & PETTIT, PA. | 2701 COLTSGATE ROAD, SUITE 300 CHARLOTTE NC, 28211 |
| ND | ADAM W. HAMM, ESQ., ANDERSON & BOTTRELL | 3100 13TH AVENUE, S.W., #302 FARGO ND, 58103 |
| NE | RICHARD J. THRAMER, ESQ. | 505 142ND STREET S. SIOUX CITY NE, 68776 |
| NH | WILLIAM H. HOPKINS, ESQ. | 6 BAPTIST ROAD CANTERBURY NH, 03224 |
| NJ | KENNETH A. OLSEN, ESQ. | 33 PHILHOWER ROAD LEBANON NJ, 08833 |
| NM | MARTIN E. THREET, ESQ. | 6605 UPTOWN BLVD NE, SUITE 280 ALBUQUERQUE NM, 87110 |
| NV | JAY YOUNG, ESQ. | 10001 PARK RUN DRIVE LAS VEGAS, NV, 89145 |
| NY | BARRY N. GUTTERMAN, ESQ. | 330 EAST 38TH STREET, SUITE 21-A NEW YORK NY, 10016 |
| OH | JOHN ALDEN, ESQ. | ONE E. LIVINGTON AVE COLUMBUS OH, 42315 |
| OK | WILLIAM P. PARKER, ESQ. | 2212 N.W. 50TH ST., #163 OKLAHOMA CITY OK, 73112 |
| OR | JOHN A. ANDERSON, ESQ. | 1515 SW 5TH AVENUE, SUITE 1020 PORTLAND OR, 97201 |
| PA | DWIGHT L. KOERBER, JR.., ESQ., LAW OFFICES OF DWIGHT L. KOERB | 110 NORTH SECOND ST., CLEARFIELD PA, 16830 |
| RI | ROBERT N. HUSEBY, ESQ. | 10 WEYBOSSET STREET PROVIDENCE RI, 02903 |
| SC | WILLIAM TAYLOR, ESQ. | 3612 LANDMARK DRIVE COLUMBIA SC, 29204 |
| SD | A. J. SWANSON, ESQ. | 27452 482ND AVENUE CANTON SD, 57013 |
| TN | JERE R. LEE, ESQ. | 222 SECOND AVE. NORTH, SUITE 360-M |

| | | NASHVILLE TN, 37201 |
|---|---|---|
| TX | VIC H. HENRY, ESQ. | 1700 PACIFIC AVENUE, SUITE 2700 DALLAS TX, 75201 |
| UT | BARNEY GESAS, ESQ | 1 UTAH CTR., 13TH FL,201 S. MAIN ST SALT LAKE CITY UT, 84111-2215 |
| VA | LAWRENCE E. LINDEMAN, ESQ. | 218 N. LEE ST., #311 ALEXANDRIA VA, 22314 |
| VT | MARGOT L STONE, ESQ, HARRIS & STONE, P. C. | 30 TERRACE STREET BRATTLEBORO VT, 05301 |
| WA | STEVE BLOCK, ESQ. | 701 PIKE STREET SEATTLE WA, 98107 |
| WI | RICHARD A. WESTLEY | 7633 GANSER WAY SUITE 100 MADISON WI, 53719 |
| WV | H. WYATT HANNA, III, ESQ. | 512 D STREET, P.O. BOX 8070 CHARLESTON WV, 25303 |
| WY | CURTIS E. BUCHHAMMER, ESQ. | 1821 LOGAN AVENUE CHEYENNE WY, 82003-0568 |

Thursday , October 11, 2007 at 13:07:35

. Close



United States Department of Transportation - **Federal Motor Carrier Safety Administration**

# EXHIBIT F

Make AllPages.com Your Home Page

Add AllPages.com To Your Favorites

Send This Page To a Friend

Link to AllPages.com

Other Channels :: Health| Reference | Weather

# AllPages.com 

Advertise on this site                                                                                          Ads By Google

**Inn at the Crossroads**
Charlottesville's most historic
Bed and Breakfast, 10 min to
Monticello
www.crossroadsinn.com

**Charlottesville Directory**
Search by Name, Business, Area
Code Zip Code, Reverse & More. All
Free!
www.WhitePages.com

**Gleason - Charlottesville**
Discover Upscale
Condominiums Historic Location
Modern Living
www.thegleason.com

**Ads by Google**   Phone Book   Yahoo Pages   City Guide   Zip Map

Google Search

○ Web  ⦿ Allpages.com

# Gordonsville Yellow Pages

Ads by Google

**Allergy and Immunology**
New Office Serving Charlottesville! Solutions for Asthma & Allergies.
www.vaallergy.com

**Charlottesville Singles**
Meet singles in Charlottesville. We are 100% free for everything!
www.datehookup.com

**Gleason - Charlottesville**
Discover Upscale Condominiums Historic Location Modern Living
www.thegleason.com

**Charlottesville Apartment**
Find Your Charlottesville Apartment Get Virtual Tours & Expert Advice.
www.Move.com/Charlottesville

Advertise on this site

### Freedom Logistics Llc

147 Transport Drive
Gordonsville, TN 38563-4644

## Additional Business Information

**Tel**: (615) 683-3320
**Fax**:

**Website**:
**Started in**:

**Business Category Types**

None

## Location & Maps

**Maps**: Google Maps | Yahoo Maps | MSN Maps | MapQuest Maps
**Latitude**: 36.194527
**Longitude**: -085.945049

**Appears in the following Business Categories**

None

Ads by Google

**VA Title Insurance Agency**
Albemarle Closing & Title Inc Purchase, Refinance, Sell, Building
www.AlbemarleClosing.com

**Virginia Assisted Living**
Quality Residential Care For Older Adults. Charlottesville Locations.
WinterhavenAdultcare.com

**Charlottesville VA Hotels**
Find out where to stay and what price to pay in Charlottesville VA
www.mytravelguide.com

**VA Active Adult Community**
Request Info About our Active Adult Communities! Enjoy Luxury
Amenities
www.khov.com

Advertise on this site

data by **ACXIOM** Copyright © 2006 Acxiom.



Free Dinner for Two at Olive Garden®

CLICK HERE!

©2006 GiftCardFreebies.com *Just complete text offer.

Content on this web site is provided for informational purposes only. We accept no responsibility for any loss, injury or inconvenience sustained by any person resulting from information published on this site. We encourage you to verify any critical information with the relevant authorities.

About Us | Contact Us | Terms of Use | Privacy |Link to AllPages.com | Add/Modify/Remove Listing | Help | Site Map | Listings A-Z
□ 2005 **Par Web Solutions** All Rights reserved. Site best viewed in 800 x 600 resolution.

Script took 1.569 seconds to execute

# EXHIBIT G

City Data | Business Profiles    Login

## *Business Profile for Gordonsville, Tennessee*

Business name: **Freedom Logistics, LLC**

Address: 170 SPICER DR

Gordonsville, Tennessee 38563

Phone number: 615-683-3320

Fax number: 615-683-6799

Email address: SHANEFREEDOMLOG@BELLSOUTH.NET

Category: Travel & Transportation

Description: Freedom Logistics, LLC is a Transportation Broker, a Warehouse and a small Cartage Company. Our Brokerage can move your truckload frt anywhere in the U.S. Our warehouse has 70,000 SQ. Feet of space that we rent out to customers. It has 5 dock doors and one door that has a drive up ramp. Our cartage company can move truckload frt within a 150 mile radius of Gordonsville TN. Our parent company is K and K Trucking in Gordonsville, TN. Please feel free to give us a call with any of your transportation needs.

Photos:

Last update: 2007-03-27

Visits: 171

Add your own business profile

**Gordonsville, TN forum.**

City-data Home    Gordonsville, Tennessee

EXHIBIT H



User Name: [          ]
Password: [          ]
[Login]

**home**    **signup**

### Load Search (All fields optional)

**Equipment**

Type: **Any**

Class: **Flatbed w/ Pallet Exchange**
**R - B-Train/Supertrain (Canada only)**
**Auto carrier**
**Two 24 or 28 foot flats**

Length: **Any/Unknown Length**
**48'**
**53'**
**48'/53'**

**Dates**

Ship: [          ] *(mm/dd/yy)*

Deliver: [          ] *(mm/dd/yy)*

Posted: **Any Time**

**Origin**                                    **Destination**

City: [          ]                            City: [          ]

State: [          ]                           State: [          ]

Zip: [          ]                             Zip: [          ]

Within Radius: [     ] miles                  Within Radius: [     ] miles

**Watches (Requires Login, Notifies you when loads/trucks appear in the search)**

☐ Save Search As Watch

Name: [          ]

**Advanced**

Company: **Freedom Logistics LLC**

User: **Choose User...**

*All fields are optional. Enter more criteria to narrow your search results.*

[Search Loads]

**about**    **privacy**    **contact**

code © 2003-2006 CTA E&OE privacy

EXHIBIT I

# NAI NASHVILLE

Industrial Report   Second Quarter 2007





Commercial Real Estate Services. Worldwide.

# NASHVILLE




## TRENDS*:

**Vacancy Rate**



**Net Absorption**



**Construction**



**Asking Rents**



*Change from last Qtr

## STATISTICS:

| | |
|---|---|
| Number of Buildings | 2,344 |
| Market Size (SF) | 137,435,517 |
| Overall Vacancy Space (SF) | 11,455,351 |
| Overall Vacancy (%) | 8.3% |
| Direct Vacancy | 10,850,143 |
| Sublease Vacancy (SF) | 605,208 |
| Net Absorption (SF) | 505,807 |
| Average Asking Rental Rate ($/SF/YR) | $4.00 |

## OVERVIEW:

The Nashville Industrial market ended the second quarter 2007 with a vacancy rate of 8.3%. The vacancy rate was up over the previous quarter, with net absorption totaling positive 505,807 SF in the second quarter. Rental rates ended the second quarter 2007 at $4.00 SF, which was a .5% decrease from last quarter. It is the second quarter in a row that the Industrial market has experienced a decline in the asking rental rate. The rate is still well above second quarter 2006 when it was at $3.94 SF.

A total of six buildings were delivered to the market in the quarter totaling 700,147 SF with 2,609,006 SF still under construction at the end of the quarter. The vacancy rate has remained fairly flat over the last three quarters, and at 8.3% is still well below the 10.1% vacancy rate at the end of the second quarter of 2006.

Total industrial inventory in the Nashville market area amounted to 137,435,517 SF in 2,344 buildings as of the end of the second quarter 2007. The Flex sector consisted of 11,500,345 SF in 306 projects and the warehouse sector consisted of 125,935,172 SF in 2,038 buildings.

### Overall Vacancy (%)



### Average Asking Rental Rate



### Net Absorption (SF)



## Major Lease Transactions

| Tenant: | Building: | Size (SF): | Submarket: |
|---|---|---|---|
| Ricoh Corporation | Nashville Business Center II | 200,000 | North |
| Millwood | 601 Mason Rd | 117,000 | Southeast |
| Freedom Logistics, LLC | 402 Hartmann Drive | 64,880 | Wilson County |
| N/A | I-40 Industrial Center | 32,000 | East |
| American Recycling of Nashville | 4006 Elkins Ave | 26,700 | West |

*All rents are per SF/per YR unless otherwise noted.

# NAI NASHVILLE
## Industrial Report | Second Quarter 2007



| Market | # Bldgs | Total RBA (SF) | Total Available Direct (SF) | Sublease (SF) | Total Vacant Avail (%) | Total Net Absorption (YTD) | Total Average Rate | YTD Deliveries | Under Construction |
|---|---|---|---|---|---|---|---|---|---|
| East | 216 | 15,476,744 | 741,082 | 89349 | 5.4% | (40,041) | $4.57 | 30,645 | 104,256 |
| Flex | 41 | 1,525,937 | 255,251 | 61349 | 20.7% | (61,516) | $7.62 | 0 | 0 |
| Warehouse | 175 | 13,950,807 | 485,831 | 28000 | 3.7% | 21,475 | $4.09 | 30,645 | 104,256 |
| IBD | 589 | 17,435,638 | 1,482,107 | 107000 | 9.1% | 10,560 | $4.18 | 0 | 0 |
| Flex | 52 | 1,527,373 | 135,732 | 0 | 8.9% | (4,450) | $9.33 | 0 | 0 |
| Warehouse | 537 | 15,908,265 | 1,346,375 | 107000 | 9.1% | 15,010 | $3.69 | 0 | 0 |
| Maury Co | 47 | 2,113,454 | 168,540 | 0 | 8.0% | (138,340) | $4.14 | 0 | 0 |
| Flex | 10 | 110,289 | 44,640 | 0 | 40.5% | (41,040) | $13.18 | 0 | 0 |
| Warehouse | 37 | 2,003,165 | 123,900 | 0 | 6.2% | (97,300) | $3.50 | 0 | 0 |
| North | 356 | 25,644,288 | 1,934,133 | 245495 | 8.5% | 1,077,646 | $3.65 | 838,820 | 511,500 |
| Flex | 37 | 1,331,355 | 162,058 | 0 | 12.2% | (19,024) | $9.25 | 0 | 0 |
| Warehouse | 319 | 24,312,933 | 1,772,075 | 245495 | 8.3% | 1,096,670 | $3.47 | 838,820 | 511,500 |
| Southeast | 481 | 45,028,774 | 3,996,882 | 113701 | 9.1% | (12,514) | $4.16 | 599,485 | 363,250 |
| Flex | 80 | 3,603,008 | 684,719 | 28361 | 19.8% | 14,269 | $7.38 | 0 | 0 |
| Warehouse | 401 | 41,425,766 | 3,312,163 | 85340 | 8.2% | (26,783) | $3.65 | 599,485 | 363,250 |
| Southwest | 337 | 14,920,997 | 1,140,688 | 49663 | 8.0% | 42,669 | $5.12 | 67,617 | 0 |
| Flex | 69 | 2,959,115 | 291,399 | 47913 | 11.5% | 26,996 | $7.75 | 67,617 | 0 |
| Warehouse | 268 | 11,961,882 | 849,289 | 1750 | 7.1% | 15,673 | $4.22 | 0 | 0 |
| West | 136 | 6,572,344 | 322,723 | 0 | 4.9% | (85,076) | $3.30 | 0 | 0 |
| Flex | 5 | 230,347 | 9,596 | 0 | 4.2% | (9,596) | $7.60 | 0 | 0 |
| Warehouse | 131 | 6,341,997 | 313,127 | 0 | 4.9% | (75,480) | $3.24 | 0 | 0 |
| Wilson Co | 182 | 10,243,278 | 1,063,988 | 0 | 10.4% | 544,087 | $3.49 | 0 | 1,630,000 |
| Flex | 12 | 212,921 | 26,895 | 0 | 12.6% | 6,755 | $10.22 | 0 | 30,000 |
| Warehouse | 170 | 10,030,357 | 1,037,093 | 0 | 10.3% | 537,332 | $3.39 | 0 | 1,600,000 |

Some of the data in this report has been gathered from third party sources including CoStar Group, Inc. and has not been independently verified by NAI Nashville.  NAI Nashville makes no warranties or representations as to the completeness or accuracy thereof.

# NAI NASHVILLE
## Methodology / Definitions / Sub Market Map

 

**Absorption (Net)**

The change in occupied space in a given time period.

**Available Square Footage**

Net rentable area considered available for lease; excludes sublease space.

**Average Asking Rental Rate**

Rental rate as quoted from each building's owner/management company, For office space, a full service rate was requested; for retail, a triple net rate requested; for industrial, a NN basis.

**Building Class**

Flex space is a building providing use flexibility between office, and other uses such as manufacturing, warehouse, etc. Usually provides high bays and relocation flexibility for overhead doors and other entrances.   The Warehouse space type is designed to store goods and materials, as well as to allow for the regular circulation of occupants, vehicles, and machinery that are typically associated with the handling of these goods and materials. Essential to this space type is the capacity to accommodate vertical storage, space for vehicle material movement, and anticipated high floor loads.

**Direct Vacancy**

Space currently available for lease directly with the landlord or building owner.

**Overall Vacancy**

All unoccupied lease space, either direct or sublease.

**SF/PSF**

Square foot/per square foot, used as a unit of measurement.

**Sublease**

Arrangement in which a tenant leases rental property to another, and the tenant becomes the landlord to the subtenant.



**Sublease Space**

Total square footage being marketed for lease by the tenant. Sublease space is not considered in the overall occupancy or absorption numbers - only direct leases are included.

**Sublease Vacancy**

Space currently available in the market for sublease with an existing tenant within a building acting as the landlord.

EXHIBIT J

**Awards | CVB | Demographics | Directors | Education | Events | Membership | Non-Profit | Sports Council**

Home

Awards & Recognition
Board of Directors
Business After Hours
Business Before Hours
Business Resource Ctr
Calendar of Events
Contact Info
Chamber Luncheons
CVB / Tourism
Demographics
Division Goals
Education Committee
Historic Lebanon
Links
Maps of Wilson County
Member Application
Membership Info
Member Website Links
Membership List
Non-Profit
Ribbon Cuttings
Scholarships
Sports Council

## Lebanon / Wilson County Chamber Membership

| Members by Category | Members by Company Name |

### New Members for 2007

New Members in January

**Halo Properties**
700 Johnny Cash Parkway
Hendersonville, TN 37075
*Contact:* Bethany Crain
*Phone:* 822-3509 *Fax:* 822-8017
| Send Email | Web Site |

**K D Builders, LLC.**
530 Bethany Lane
Lebanon, TN 37087
*Contact:* Keenan Dixon
*Phone:* 957-6584 *Fax:* 453-0010
| Send Email |

**King's Ole Kountry Store**
4581 Coles Ferry Pike
Lebanon, TN 37087
*Contact:* Dean Adams
*Phone:* 443-1332 *Fax:*
| Send Email |

**Pryor Family Dentistry, P.C.**
201 Signature Place
Lebanon, TN 37087
*Contact:* Liz Baines
*Phone:* 444-7999 *Fax:* 444-7919
| Send Email |

**VIP Realty, Inc.**
110 South Cumberland
Lebanon, TN 37087
*Contact:* Melissa J. Jones
*Phone:* 449-9300 *Fax:* 444-4460
| Send Email | Web Site |

**Happy Muscles Therapuetic Massage & Wellness Center**
228C West Main Street
Lebanon, TN 37087
*Contact:* Connie A. Lawrence
*Phone:* 615-443-1974 *Fax:* 615-443-1975
| Send Email | Web Site |

# New Members for 2007

New Members in January

**Halo Properties**
700 Johnny Cash Parkway
Hendersonville, TN 37075
*Contact:* Bethany Crain
*Phone:* 822-3509 *Fax:* 822-8017
| **Send Email** | **Web Site** |

**K D Builders, LLC.**
530 Bethany Lane
Lebanon, TN 37087
*Contact:* Keenan Dixon
*Phone:* 957-6584 *Fax:* 453-0010
| **Send Email** |

**King's Ole Kountry Store**
4581 Coles Ferry Pike
Lebanon, TN 37087
*Contact:* Dean Adams
*Phone:* 443-1332 *Fax:*
| **Send Email** |

**Pryor Family Dentistry, P.C.**
201 Signature Place
Lebanon, TN 37087
*Contact:* Liz Baines
*Phone:* 444-7999 *Fax:* 444-7919
| **Send Email** |

**VIP Realty, Inc.**
110 South Cumberland
Lebanon, TN 37087
*Contact:* Melissa J. Jones
*Phone:* 449-9300 *Fax:* 444-4460
| **Send Email** | **Web Site** |

**Happy Muscles Therapuetic Massage & Wellness Center**
228C West Main Street
Lebanon, TN 37087
*Contact:* Connie A. Lawrence
*Phone:* 615-443-1974 *Fax:* 615-443-1975
| **Send Email** | **Web Site** |

**Simpson, Peggy T.**
1320 S. Commerce Road
Watertown, TN 37184
*Contact:* Peggy T. Simpson
*Phone:* 237-3864 *Fax:*

**Thorne, Kelly**
1104 West Main St.
Lebanon, TN 37087
*Contact:* Kelly Thorne
*Phone:* 444-7100 *Fax:* 444-8008
| **Send Email** | **Web Site** |

**Payment America Systems**
450 10th Avenue N.
Nashville, TN 37202
*Contact:* Byron Whitehurst
*Phone:* 263-2077 *Fax:* 242-6666
| **Send Email** | **Web Site** |

**Horizon Staffing Services**
3200 West End Ave.
Nashville, TN 37203
*Contact:* Michael W. Williams
*Phone:* 250-2461 *Fax:* 615-469-4105
| **Send Email** | **Web Site** |

**MacPherson & Youmans, PC**
119 Public Square
Lebanon, TN 37087
*Contact:* Elizabeth Youmans/Robert MacPherson
*Phone:* 444-2300 *Fax:*
| **Send Email** |

**C & R Fabrication**
802 Tennessee Blvd.
Lebanon, TN 37087
*Contact:* Chuck O Gorman/Robbie Greer
*Phone:* 444-5899 *Fax:* 444-5899
| **Send Email** |

**Edward Jones Investments - Davis**
P.O. Box 1195
Lebanon, TN 37088-1195
*Contact:* Brad Davis
*Phone:* 443-0563 *Fax:*
| **Send Email** | **Web Site** |

**Bradshaw Clinic, The**
1409 Baddour Pkwy.
Lebanon, TN 37087
*Contact:* Becky Mathis
*Phone:* 444-4126 *Fax:* 547-1825
| **Send Email** |

**Atwood & Corbitt Developing & General Contractors**
822 Stone Brook Drive
Lebanon, TN 37087
*Contact:* Sean & Kelley Corbitt
*Phone:* 426-7085 *Fax:*
| **Send Email** |

  New Members in February
**Agee & Johnson - Jay White**
728 West Main St.
Lebanon, TN 37087
*Contact:* Jay White
*Phone:* 444-0909 *Fax:* 444-2537
| **Send Email** | **Web Site** |

**William J. Littman MD, PC**
1419 West Baddour Pkwy.
Lebanon, TN 37087
*Contact:* Rhonda Jones
*Phone:* 444-0465 *Fax:* 444-0478
| **Send Email** |

**Tennessee Off-Road, LLC.**
4755 Lebanon Road
Lebanon, TN 37087
*Contact:* Kim McGee
*Phone:* 443-7126 *Fax:* 443-7196
| **Send Email** | **Web Site** |

**Landmark Homes of Tennesseee, Inc.**
6064 Central Pike
Mt. Juliet, TN 37122
*Contact:* Glen Bubel
*Phone:* 773-0700 *Fax:* 773-0702
| **Send Email** | **Web Site** |

**Cumberland Real Estate - Bennett**
207 Legends Drive
Lebanon, TN 37087
*Contact:* Louis Bennett
*Phone:* 268-4199 *Fax:*
| **Send Email** | **Web Site** |

**Lebanon Pawn & Gun Inc.**
1331 West Main St.

Lebanon, TN 37087
*Contact:* Tim Oliver
*Phone:* 449-7296 *Fax:*

**Kwik Karl Kourier Kompany**
P.O. Box 333
Watertown, TN 37184
*Contact:* Carl R. Lamberson
*Phone:* 615-419-0399 *Fax:*
| **Send Email** |

**Hiscall Inc.**
308 Toby Trail
Mt. Juliet, TN 37122
*Contact:* Brad Howard
*Phone:* 615-560-0102 *Fax:* 615-229-1282
| **Send Email** | **Web Site** |

**Advance Auto Parts**
1325 West Main St.
Lebanon, TN 37087
*Contact:* Anthony Byrd
*Phone:* 444-7318 *Fax:* 444-1716
| **Web Site** |

**Jennings, Allen**
1310 West Main St.
Lebanon, TN 37087
*Contact:* Allen Jennings
*Phone:* 444-9642 *Fax:*
| **Send Email** | **Web Site** |

**Grasshoppers Premium Lawn Care, LLC.**
2019 Shoreline Dr.
Mt. Juliet, TN 37122
*Contact:* Kevin Dilley / Michael Gregory
*Phone:* 260-6182 *Fax:* 444-1226
| **Send Email** |

New Members in March
**The PHB Store**
340 Castle Heights Ave. N
Lebanon, TN 37087
*Contact:* Joy Briggs
*Phone:* 443-6255 *Fax:*

**Access Wilson**
2209 Brandywood Drive
Murfreesboro, TN 37130
*Contact:* John Iaccheri
*Phone:* 542-4521 *Fax:*
| **Send Email** | **Web Site** |

**West Main Realty & Auction - Taylor**
1104 West Main St.
Lebanon, TN 37087
*Contact:* Jan Taylor
*Phone:* 517-0315 *Fax:* 444-8008
| **Send Email** | **Web Site** |

**Grand Events & Party Rentals**
1375 Heil Quaker Blvd.
LaVergne, TN 37086
*Contact:* Diana Toombs
*Phone:* 615-641-1111 *Fax:* 615-641-1110
| **Send Email** | **Web Site** |

**The Genesis Group**
P.O. Box 2148
Lebanon, TN 37088-2148
*Contact:* C. Annette Gilliam
*Phone:* 364-5023 *Fax:* 443-7420
| **Send Email** |

New Members in April
**Greenvale Homes, LLC.**
1418 Kensington Sq. Ct., Bldg. A
Murfreesboro, TN 37130
*Contact:* Shane McFarland
*Phone:* 907-2000 *Fax:* 904-1738
| Send Email | Web Site |

**Wentworth Plumbing**
5001-B Market Place
Mt. Juliet, TN 37122
*Contact:* Jeff Brown
*Phone:* 256-2828 *Fax:* 256-5201
| Send Email | Web Site |

**Hometown Builders, LLC.**
228 West Main Street, Suite B
Lebanon, TN 37087
*Contact:* Darrell Tidwell
*Phone:* 443-5424 *Fax:* 443-5425
| Send Email |

**Hawks, Gaye**
115 Cedarway Drive
Lebanon, TN 37087
*Contact:* Gaye Hawks
*Phone:* 444-7830 *Fax:*
| Send Email |

**Family Heritage**
2451 Atrium Way
Nashville, TN 37214
*Contact:* Eric Rubash
*Phone:* 615-391-2911 *Fax:* 615-391-2839
| Send Email | Web Site |

**Value Finder**
806 Hermitage Park Drive
Hermitage, TN 37076
*Contact:* Jim Fabrici
*Phone:* 884-0042 *Fax:* 884-0042
| Send Email |

**The Glenco Group, LLC.**
1614 Hickory Valley Rd.
Lebanon, TN 37087
*Contact:* Robert Bland
*Phone:* 579-4207 *Fax:* 444-4527
| Send Email |

**Winfree, Rachel**
714 Scarlett Place
Lebanon, TN 37087
*Contact:* Rachel Winfree
*Phone:* 969-5144 *Fax:* 444-7308
| Send Email |

**Nashville Predators**
501 Broadway
Nashville, TN 37203
*Contact:* Delmar "D" Smith
*Phone:* 770-7825 *Fax:* 770-2341
| Send Email | Web Site |

New Members in May
**United Vending Inc.**
1804-C Sparta Pike
Lebanon, TN 37090
*Contact:* Kay "Vern" Hatfield
*Phone:* 449-1818 *Fax:* 449-0411
| Send Email |

**Child Advocacy Center**
P.O. Box 1225
Lebanon, TN 37088-1225
*Contact:* Ann Cox / Marie Farley
*Phone:* 1-800-528-8130 *Fax:*
| **Send Email** |

**Samsonite Company Store**
135 Outlet Village Blvd., Ste. 135
Lebanon, TN 37090
*Contact:* Ken Bohlinger
*Phone:* 444-5311 *Fax:* 444-5311
| **Send Email** | **Web Site** |

**Murray Guard Inc.**
1101 Kermit Drive, S-615
Nashville, TN 37217
*Contact:* Jim Paszalek
*Phone:* 361-8880 *Fax:* 361-5443
| **Send Email** | **Web Site** |

**Clayton Homes of Lebanon**
1000 Murfreesboro Road
Lebanon, TN 37090
*Contact:* Robert Price
*Phone:* 443-7000 *Fax:* 443-7013
| **Send Email** | **Web Site** |

**Hall Group, LLC., Architecture & Planning,The**
3073 Dell Drive
Hermitage, TN 37076
*Contact:* Jeff Hall
*Phone:* 477-3989 *Fax:*
| **Send Email** |

**Michaels Cover Up**
107 Public Square
Lebanon, TN 37087
*Contact:* Michael Ezsol
*Phone:* 444-8329 *Fax:* 453-4091
| **Send Email** |

**West Main Realty & Auction - Baugh**
518 Five Oaks Blvd.
Lebanon, TN 37087
*Contact:* Deborah Baugh
*Phone:* 977-4893 *Fax:* 444-8008
| **Send Email** | **Web Site** |

**Greenridge Homes, Inc.**
222 Quad Oak Drive
Mt. Juliet, TN 37122
*Contact:* Tony Gainous
*Phone:* 615-429-0893 *Fax:* 615-469-5219
| **Send Email** | **Web Site** |

New Members in June
**Perma-Pipe Inc.**
1310 Quarles Drive
Lebanon, 37087
*Contact:* Chris Harmon
*Phone:* 444-4910 *Fax:* 449-3445

**Freedom Logistics**
402 Hartmann Drive
Lebanon, TN 37087
*Contact:* Shane Starks
*Phone:* 443-8555 *Fax:* 443-8550
| **Send Email** |

**Southern Belle Cakes**
1432 West Main Street, Suite 103
Lebanon, TN 37087

*Contact:* Pam Ellis
*Phone:* 615-477-1673 *Fax:*
| **Send Email** | **Web Site** |

**Larry Maynard Agency**
125 Castle Heights Avenue North
Lebanon, TN 37087
*Contact:* Larry Maynard, LUTCF
*Phone:* 449-2525 *Fax:* 449-2616
| **Send Email** |

**Blount Development Group, LLC.**
1029 W. Magnolia Street
Leesburg, FL 34748
*Contact:* Ed Harnape
*Phone:* 615-278-6101 *Fax:* 352 365-6556
| **Send Email** | **Web Site** |

**R.W. Construction Inc.**
P.O. Box 1372
Lebanon, TN 37088-1372
*Contact:* Rob Clark
*Phone:* 443-4992 *Fax:* 453-5532
| **Send Email** | **Web Site** |

**SEM's Store-n-Lock**
163 Maddox Simpson Pkwy.
Lebanon, TN 37090
*Contact:* Ken Sweeney
*Phone:* 504-6698 *Fax:*

New Members in July
**PersonalCarBuyer.com**
332 N. Denny Road
Lebanon, TN 37087
*Contact:* Rick Wittrig
*Phone:* 615-668-3311 *Fax:* 444-0684
| **Send Email** | **Web Site** |

**Lee, Lucy W.**
120 Geers Place
Lebanon, TN 37087
*Contact:* Lucy Lee
*Phone:* 444-0838 *Fax:* 444-0838
| **Send Email** |

**Pro Bowl West**
501 W. Baddour Pkwy.
Lebanon, TN 37087
*Contact:* W.F. (Billy) Hawk
*Phone:* 449-3898 *Fax:*

**Premier Home Cleaning Services**
604 Doe Trail
Lebanon, TN 37087
*Contact:* Lynette Turner
*Phone:* 615-478-0285 *Fax:*
| **Send Email** |

**Apex & Robert E. Lee Moving & Storage**
3195 Franklin-Limestone Road
Antioch, TN 37013
*Contact:* Chris Jones
*Phone:* 615-596-5962 *Fax:* 615-834-3996
| **Send Email** | **Web Site** |

**Maggie Moo's**
155 Legends Drive, Suite E
Lebanon, TN 37087
*Contact:* Hayden Fugate
*Phone:* 443-4040 *Fax:* 443-4622
| **Send Email** | **Web Site** |

**WKRP TV**
P.O. Box 1401
Lebanon, TN 37088
*Contact:* Peter Breazeale
*Phone:* 444-0084 *Fax:* 824-3282
| **Send Email** | **Web Site** |

**Kidsville News**
7645-K Lebanon Road
Mt. Juliet, TN 37122
*Contact:* Mike Dover
*Phone:* 347-1414 *Fax:*
| **Send Email** | **Web Site** |

**Clements, Robert**
3110 Village Drive
Mt. Juliet, TN 37122
*Contact:* Robert Clements
*Phone:* 773-8880 *Fax:* 254-3899
| **Send Email** |

**Captain D's Seafood Kitchen**
1041 West Main Street
Lebanon, TN 37087
*Contact:* Jeff Carter
*Phone:* 449-1966 *Fax:*
| **Send Email** |

New Members in August
**Arbonne International, Independent Consultant**
519 Lena Way
Lebanon, TN 37087
*Contact:* Christy Holt
*Phone:* 453-1394 *Fax:*
| **Send Email** | **Web Site** |

**APlus Print, Design & Signs**
133 Public Square
Lebanon, TN 37087
*Contact:* Monica Alsup
*Phone:* 443-2353 *Fax:* 449-9892
| **Send Email** |

**Tacle Seating USA, LLC.**
380 Aldi Blvd.
Mt. Juliet, TN 37122
*Contact:* Steve Peck
*Phone:* 453-7100 *Fax:*

**Brooks House**
P.O. Box 1222
Lebanon, TN 37088-1222
*Contact:* Liz Reese
*Phone:* 444-8882 *Fax:*
| **Send Email** |

**Sunrise Diner**
333 East High Street
Lebanon, TN 37087
*Contact:* Shelley Applegate
*Phone:* 444-3606 *Fax:*

New Members in September
**Patriot Security Alarms, LLC.**
1432 West Main Street, Suite 100
Lebanon, TN 37087
*Contact:* Jim Payer
*Phone:* 444-8030 *Fax:* 444-8031
| **Send Email** |

**Lester Digital Reprographics**
1645 West Main Street, Suite 4
Lebanon, TN 37087

*Contact:* Todd Lester
*Phone:* 443-3033 *Fax:*
| **Send Email** | **Web Site** |

**Price Thompson**
109 Castle Heights Ave. N
Lebanon, TN 37087
*Contact:* Price Thompson-Rochelle, McCullough & Aulds
*Phone:* 444-1433 *Fax:* 443-8775
| **Send Email** | **Web Site** |

**Two Rivers Ford Inc.**
2730 Lebanon Road
Nashville, TN 37214
*Contact:* Tommy Crockett
*Phone:* 889-9215 *Fax:* 871-2363
| **Send Email** | **Web Site** |

**Sister K's Bakery**
301 Bluefield Lane
Lebanon, TN 37087
*Contact:* Kathy Shoptaw
*Phone:* 604-0948 *Fax:*
| **Send Email** | **Web Site** |



EXHIBIT K

# nashville post.com



Found the missing piece to your office equipment cost? We can solve your puzzle

RJ YOUNG COMPANY · Innovative Document Solutions · IMAGEWARE · Canon

# Real estate notes: Deals and market chatter, 27 Sept. 2006

By Richard Lawson

09-27-2006 4:11 PM —

### Shopping center changes hands
The Shoppes at Hickory Hollow sold yesterday for $15.5 million.

New York-based New Plan Excel Realty Trust bought the Kroger-anchored 145,000-square-foot center from an entity controlled by Plume Street Financial, based in Norfolk, Va.

Jim Morris and Paul Gaither, brokers with CB Richard Ellis, were involved with the transaction, as they were when Plume bought the center in 2002 for $12.8 million.

### Family trust buys chicken and biscuits real estate
The real estate housing Mrs. Winners Chicken & Biscuits at 3914 Gallatin Road recently sold for a little more than $1.14 million.

An Atlanta entity sold to The Finegood Family Trust of Woodland, Calif., in what is likely a triple-net lease deal.

### CVS replacing hotel
The old Sheraton or Ramada, however folks may remember it, at Harding Place and Interstate 65, is being demolished and replaced by CVS Drug store.

Pacific Eastern Corp., which owns the land, built the hotel in the 1970s. It had been closed for a while. Steve Kroeger of Kroeger Real Estate Co., represented Pacific Eastern in a long-term ground lease with CVS. Steve Pierce, a broker with Redd Realty Services, represented CVS.

### Logistics company signs Gordonsville lease
Jason Powell, an agent with NAI Nashville, brokered a deal that put Freedom Logistics Network into 72,000 square feet of a Gordonsville warehouse. Freedom is a service of

Elmhurst, Ill.-based Tranzact Technologies Inc.

## AIG takes Airpark space
Art McWilliams, a broker with Nashville Commercial/Cushman & Wakefield, put his client AIG Insurance into 7,800 square feet in Airpark Center XIV owned by First Industrial Realty. The space will house a new auto claims office.

## New York pizza in Mt. Juliet
Ira Blonder of The Blonder Group and Valerie Levay, former with Blonder but now at Crye-Leike Commercial, represented the franchisee for NYPD Pizza Restaurants in signing a 10-year lease in Mt. Juliet's Providence Marketplace.

It will be the first Nashville area location for the Orlando franchise chain founded by Lou Pearlman, known for making franchises out of such artists as the Backstreet Boys and 'N SYNC.



Homes for Rent in Nashvil
Nashville homes for lease homes for rent in nashville
www.americanhomes.net


Nashville Real Estate
Find Your Dream Home in Nashville View our Award-Winning Homes Now!
JWHomes.com

Ads by Google

© 2007 NashvillePost.com | Powered by Sitemason

# EXHIBIT L

Law Offices Of

# SULLIVAN HINCKS & CONWAY

A PARTNERSHIP OF PROFESSIONAL CORPORATIONS

120 WEST 22nd STREET, SUITE 100

OAK BROOK, ILLINOIS 60523

DANIEL C. SULLIVAN
PATRICK M. HINCKS
JOHN J. CONWAY
JOHN P. CALLAHAN, JR.
DESMOND P. CURRAN
MATTHEW P. BARRETTE
MATTHEW B. SPEISER
RYAN A. MAHONEY

TEL (630) 573-5021

FAX (630) 573-5130

www.shlawfirm.com

October 11, 2007

*VIA OVERNIGHT MAIL*

Shane Starks

Freedom Logistics, LLC

402 Hartmann Drive

Lebanon, Tennessee 37087

Donny Kemp

Freedom Logistics, LLC

147 Transport Drive

Gordonsville, Tennessee 38563

Re: Illegal use of the name "Freedom Logistics®"

Dear Sir or Madam:

Our firm represents Tranzact Technologies, Inc. fka Tranzact Systems, Ltd., and the company is the duly registered owner of the service mark, "Freedom Logistics®". "Freedom Logistics ®" is registered in the United States Patent and Trademark Office under registration number 2,120,561 and is now uncontestable. Tranzact Technologies, Inc. has developed this service mark at great expense. Tranzact Technologies, Inc. has continuously used this service mark as a critical part of its entire enterprise that extends nationally.

On October 10, 2007, it came to Tranzact Technologies, Inc.'s attention that you have recently leased warehouse space in Lebanon, Tennessee and, further, that you are holding yourself out to shippers that you are acting as a transportation broker. Prior to that date, Tranzact Technologies, Inc. had never heard of your company. A search of the Federal Motor Carrier Safety Association – SAFER system on October 11, 2007 confirmed that you are registered as a transportation broker of motor carriage with interstate authority and that you are using the "Freedom Logistics" name. Your use of this service mark in the area and in the manner, or in a deceptively similar manner, as used by Tranzact Technologies, Inc. is likely to cause confusion among various carriers with whom Tranzact Technologies, Inc. deals. Your use also is likely to cause confusion among the various shippers with whom Tranzact Technologies, Inc. deals. This confusion extends to members of the public generally. Tranzact Technologies, Inc.

SULLIVAN HINCKS & CONWAY

demands, effective immediately, that you cease and desist from using the words "Freedom Logistics" or any other deceptively similar marks likely to cause confusion, mistakes or deceive members of the transportation public with whom Tranzact Technologies, Inc. has dealings or is likely to deal.

Your use of the "Freedom Logistics" name in conducting a freight brokerage business is particularly suspicious considering the fact that your parent company, K & K Trucking, Inc. of Gordonsville, Tennessee, also has Federal authority to carry on business as a broker of motor carriage. One probable explanation is that you have expanded your "Freedom Logistics" operation to capitalize on the goodwill generated by my client in the business of Freight Brokerage.

A copy of the service mark issued by the U.S. Patent and Trademark Office is attached to this letter. Any use of the service mark on and after the date of receipt of this letter will be deemed an intentional use and willful infringement. The use will be willful, wanton and with knowledge that such use imitates the service mark of Tranzact Technologies, Inc. Use of the mark with this knowledge can only represent intent to cause confusion, or to cause a mistake or to deceive and such a continued use will be so treated by Tranzact Technologies, Inc.

This service mark is protected by Federal Law under 15 USC §§ 1111 through 1117. These statutes include provisions for injunctive and compensatory relief as well as attorneys fees. Should you fail to comply with this demand as of the receipt date, Tranzact Technologies, Inc. will take all actions necessary to protect its interest and to stop your illegal conduct. These actions will include pursuing a formal civil action against you, including obtaining an appropriate injunction.

Compliance can only be assured by an affirmative commitment from you. Please telephone or otherwise contact the undersigned to affirmatively inform my client that you have immediately ceased all use of the name "Freedom Logistics" or other deceptively similar marks, and to further inform us of your commitment hereafter to continue to cease and desist from all further use and reference to "Freedom Logistics" or other deceptively similar marks.

Very truly yours,

Daniel C. Sullivan

Int. Cls.: 35 and 39

Prior U.S. Cls.: 100, 101, 102, and 105

Reg. No. 2,120,561

## United States Patent and Trademark Office

Registered Dec. 9, 1997

### SERVICE MARK
### PRINCIPAL REGISTER

## FREEDOM LOGISTICS

TRANZACT SYSTEMS, LTD. (ILLINOIS COR-
PORATION)
1221 WEST 175TH STREET
HOMEWOOD, IL 60430

FOR: ARRANGING FOR THE TRANSPORT
OF FREIGHT BETWEEN SHIPPERS AND CAR-
RIERS; FREIGHT BILL AUDITING; REQUEST-
ING FREIGHT TRANSPORT RATES FROM
CARRIERS; AND, PROVIDING FREIGHT
TRANSPORT RATES TO SHIPPERS, IN CLASS
35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 4–10–1996; IN COMMERCE
4–10–1996.

FOR: FREIGHT BROKERAGE; AND, TRANS-
PORT FORWARDING OF FREIGHT, IN CLASS
39 (U.S. CLS. 100 AND 105).

FIRST USE 4–10–1996; IN COMMERCE
4–10–1996.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "LOGISTICS", APART FROM
THE MARK AS SHOWN.

SN 75–124,873, FILED 6–24–1996.

JEFFERY FRAZIER, EXAMINING ATTORNEY

**Int. Cls.: 35 and 39**

**Prior U.S. Cls.: 100, 101, 102, and 105**

**United States Patent and Trademark Office**

Reg. No. 2,120,561

Registered Dec. 9, 1997

## SERVICE MARK
### PRINCIPAL REGISTER

## FREEDOM LOGISTICS

TRANZACT SYSTEMS, LTD. (ILLINOIS COR-
PORATION)
1221 WEST 175TH STREET
HOMEWOOD, IL 60430

FOR: ARRANGING FOR THE TRANSPORT
OF FREIGHT BETWEEN SHIPPERS AND CAR-
RIERS; FREIGHT BILL AUDITING; REQUEST-
ING FREIGHT TRANSPORT RATES FROM
CARRIERS; AND, PROVIDING FREIGHT
TRANSPORT RATES TO SHIPPERS, IN CLASS
35 (U.S. CLS. 100, 101 AND 102).
FIRST USE 4-10-1996; IN COMMERCE
4-10-1996.

FOR: FREIGHT BROKERAGE; AND, TRANS-
PORT FORWARDING OF FREIGHT, IN CLASS
39 (U.S. CLS. 100 AND 105).
FIRST USE 4-10-1996; IN COMMERCE
4-10-1996.
NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "LOGISTICS", APART FROM
THE MARK AS SHOWN.

SN 75-124,873, FILED 6-24-1996.

JEFFERY FRAZIER, EXAMINING ATTORNEY

# EXHIBIT M

AGREEMENT

THIS AGREEMENT is entered into this 30th day of November 30, 2001, ("Effective Date"), by and between Tranzact Technologies, Inc., an Illinois corporation with its principal place of business located in Homewood, Illinois (hereinafter "Tranzact") and Freedom Logistics, Inc., a Nevada corporation, and Pamela Ehret, an individual, located in Delta, Ohio. (hereinafter "Ehret").

WHEREAS, Tranzact has registered, owns and uses the mark FREEDOM LOGISTICS in interstate commerce in connection with nationwide and intrastate transportation of goods, arranging for the nationwide and intrastate transportation of goods, freight brokering, and consultation services relating to the aforesaid services.

WHEREAS, Ehret used the name FREEDOM LOGISTICS in connection with the interstate transportation of goods within and between the several states of the United States of America.

WHEREAS, Tranzact objects to Ehret's use of the name FREEDOM LOGISTICS in connection with the transportation of goods or services as a for-hire motor carrier.

WHEREAS, Tranzact has previously registered the trademark or service mark FREEDOM LOGISTICS as No. 2,120,561 with the United States Patent and Trademark Office.

WHEREAS the parties wish to resolve this dispute amicably.

NOW THEREFORE, in consideration of the mutual covenants and considerations set forth hereinafter and for other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged and confirmed, the parties hereto acknowledge and agree as follows:

1.    The above-stated recitals are hereby incorporated as part of this agreement.

2.    Ehret acknowledges that Tranzact is the owner of the entire right, title, and interest in and to the mark FREEDOM LOGISTICS, and the goodwill therein, in regards to nationwide transportation services, namely, nationwide and intrastate transportation of goods, arranging for the nationwide and intrastate transportation of goods, freight brokering, and consultation services relating to the aforesaid services.

3.    Ehret shall not use, license or otherwise authorize the use of, register or seek to register the FREEDOM LOGISTICS mark, a mark confusingly similar thereto, or a mark which contains a term confusingly similar to the mark FREEDOM LOGISTICS

1

in connection with the interstate or intrastate transportation of goods or any other services.

4.  Ehret shall not register or seek to register the FREEDOM LOGISTICS mark, a mark confusingly similar thereto, or a mark which contains a term confusingly similar to the mark FREEDOM LOGISTICS in International Class 36.

5.  Ehret agrees never to challenge, directly or indirectly, the use, registration or application of or for the mark FREEDOM LOGISTICS by Tranzact for any good or service in any class.

6.  Ehret agrees to take all necessary steps to effectuate a change of name from Freedom Logistics, Inc. to J P K Trucking, Inc., and to update its interstate and intrastate operating authority to transport goods and services to reflect the change of name, before January 31, 2002.  All necessary steps includes, but is not limited to, updating all federal, State of Ohio, and State of Nevada registrations and filings to reflect the change of name to J P K Trucking, Inc. and eliminating all references to the mark and trade name "Freedom Logistics."

7.  This Agreement and the terms and provisions hereunder shall bind and apply, as well as inure to the benefit of the parties, parents, subsidiaries, affiliates, successors, assigns, licensees and related third parties.

8.  This Agreement contains the entire agreement of the parties with respect to the subject matter hereof and cannot be changed except by a written agreement signed by authorized representatives of both parties.

9.  If any of the provisions of this Agreement shall be held to be invalid, illegal, or unenforceable, such provisions shall be construed to be severable from the other provisions of the Agreement which shall retain full force and effect.

10.  The terms of this Agreement and the rights, obligations and performance of the parties hereunder shall be governed by the law of the State of Illinois as if this were a contract formed and wholly performed within the State of Illinois.

11.  No failure or delay on the part of either party hereto to exercise any right, power, or privilege hereunder or any instrument executed pursuant hereto shall operate as a waiver; nor shall any single or partial exercise of any right, power, or privilege preclude any other or further exercise thereof or the exercise of any other right, power, or privilege.

12.  Any controversy or claim arising out of or relating to this Agreement, or the breach thereof, at the election of the initiating party, shall be settled by the courts of the State of Illinois, or the United States District Court of the Northern District of Illinois. The parties agree to submit to personal jurisdiction in any of these forums.

2

13. In the event of any legal action by Tranzact Technologies, Inc. or Ehret to enforce any of the provisions stated herein, then the unsuccessful party shall pay to the prevailing party therein all court costs and reasonable attorney's fees as fixed by the court.

14. The parties hereby represent that each is authorized and legally competent to execute this Agreement as a binding and enforceable agreement.

IN WITNESS WHEREOF the parties hereto have executed this Agreement as of the day and year first written below.

Tranzact Technologies, Inc.

Date: _____       By: _____
                                   Title: _____

J P K Trucking, Inc. f/k/a Freedom
Logistics, Inc.

Date: 12-05-01 _____     By: _Pamela S. Ehret_____
                                   Title: _President_____

3

EXHIBIT N

# WEBER & WEBER
## ATTORNEYS AT LAW

Fax: (717)-840-1453

2555 Kingston Road, Suite 260
York, Pennsylvania 17402

Phone: (717)-840-8740

July 7, 1998

John P. Conway
Sullivan & Hincks
122 West 22nd Street, Suite 350
Oak Brook, Illinois 60523

**VIA FAX  630-573-5130**

Subject:    Your Letter to Steve Shaffer, President of Freedom Logistics, Inc., dated June 4,
            1998

Dear Attorney Conway:

Mr. Shaffer has requested that I assist him in resolving his present conflict with your client
regarding the use of his corporate name, Freedom Logistics, Inc.

As Mr. Shaffer has informed you, Freedom Logistics, Inc. has ceased using the name Freedom
Logistics as a service mark in response to your demand letter of May 21, 1998. Freedom
Logistics, Inc. is now doing business solely under the name "Freedom Transportation Services".
Mr. Shaffer has changed his letter head, invoices, company checks, internet postings, and all
other forms of written and electronic communications to reflect this name change. Mr. Shaffer
has also sent a letter to each of his customers to explain the need for this name change, hoping to
eliminate any possible confusion that this inadvertent and limited use of the name Freedom
Logistics may have caused your client.

Mr. Shaffer properly registered his company as Freedom Logistics, Inc. with the state of
Delaware in January of 1998. Mr. Shaffer will limit the use of the name "Freedom Logistics" by
his company to reports and forms filed with various government agencies and to legal
agreements with institutions not in the trucking industry, such as banks or financial institutions.

Freedom Logistics, Inc. is no longer infringing your client's service mark. Additionally, Freedom Logistics, Inc. has taken all reasonable steps to quickly correct and eliminate any possibility of confusion that may have resulted from its brief use of this service mark. Under these circumstances, I am unaware of any legal basis to support your claim that your client's registered trademark gives it the right to demand that Freedom Logistics, Inc. change its corporate name.

If I can provide any more documentation to address your client's concerns, please contact me at 717-840-8740.

Sincerely,

Richard G. Weber

cc:     Steve Shaffer

EXHIBIT O

# FREEDOM LOGISTICS

## Building Your Bottom Line Through Performance - Not Promises



A Comprehensive Suite of
Logistics Solutions Offered By:
**Tranzact Systems, Ltd.**

# Customer Service

As a member of Freedom Logistics you will have access to a team of logistics professionals that will help you manage your logistics area. In addition we will assign a single point of contact between our organization and yours to coordinate the activities of the group. This person will be available to answer any questions and run specialized reports to help increase the realized potential. Our goal is to satisfy both the operational aspects of your business and financial management aspect of your business. We will use our leverage in the transportation place to make sure your needs and expectations are exceeded.



# Sample Savings Review

|  | Sample | Annualized |
|---|---|---|
| Months of Data | 3 | 12 |
| LTL Bills: | 783 | 3,132 |
| Current LTL Expense: | $ 460,152 | $ 1,840,608 |
| LTL Expense Under FLN: | $ 402,716 | $ 1,610,864 |
| **Savings Potential:** | $ 57,436 | $ 229,744 |
| **Savings Potential (%):** | 12.5% | 12.5% |

Average LTL
Shipment Size: 1,462
Average Class: 77.5

| The Impact of Utilization of Freedom Carriers on Savings: | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Utilization of Carriers: | 60% | 65% | 70% | 75% | 80% | 85% | 90% | 95% | 100% |
| Current LTL Exp: | $ 1,840,608 | $ 1,840,608 | $ 1,840,608 | $ 1,840,608 | $ 1,840,608 | $ 1,840,608 | $ 1,840,608 | $ 1,840,608 | $1,840,608 |
| Cost with FLN: | $ 1,702,762 | $ 1,691,274 | $ 1,679,787 | $ 1,668,300 | $ 1,656,813 | $ 1,645,326 | $ 1,633,838 | $ 1,622,351 | $1,610,864 |
| Potential Savings | $ 137,846 | $ 149,334 | $ 160,821 | $ 172,308 | $ 183,795 | $ 195,282 | $ 206,770 | $ 218,257 | $ 229,744 |
| Lost Opportunity | $ 91,898 | $ 80,410 | $ 68,923 | $ 57,436 | $ 45,949 | $ 34,462 | $ 22,974 | $ 11,487 |  |
| % Savings | 7.5% | 8.1% | 8.7% | 9.4% | 10.0% | 10.6% | 11.2% | 11.9% | 12.5% |

*After keying your bills into our system we will compare each shipment made to a Freedom logistics carrier. This sheet shows the savings by moving your shipments with Freedom carriers under the Freedom program.*



# Management Reporting Tools
## Starlite

| Customer | Shipment Type | Bills | Historical Cost | Dollars Paid | Least Cost | Potential Savings | Savings Realized | Remaining Potential | Percent Utilization |
|---|---|---|---|---|---|---|---|---|---|
| ATLANTA | FREEDOM | 72 | $8,075 | $7,031 | $5,952 | $2,123 | $1,044 | $1,080 | 83 |
| ATLANTA | NON FREEDOM | 15 | $1,814 | $2,208 | $1,011 | $1,197 | $0 | $1,197 | 17 |
| ATLANTA | Totals | 87 | $9,889 | $9,239 | $6,963 | $3,321 | $1,044 | $2,277 | 100 |
| | | | | | | | | | |
| CHICAGO | FREEDOM | 298 | $28,452 | $25,931 | $23,323 | $5,129 | $2,520 | $2,285 | 98 |
| CHICAGO | NON FREEDOM | 5 | $822 | $1,020 | $689 | $332 | $0 | $332 | 2 |
| CHICAGO | Totals | 303 | $29,274 | $26,952 | $24,012 | $5,460 | $2,520 | $2,617 | 100 |
| | | | | | | | | | |
| DALLAS | FREEDOM | 125 | $15,247 | $14,073 | $13,553 | $1,695 | $1,174 | $520 | 100 |
| DALLAS | Totals | 125 | $15,247 | $14,073 | $13,553 | $1,695 | $1,174 | $520 | 100 |
| | | | | | | | | | |
| PITTSBURGH | FREEDOM | 278 | $34,756 | $31,255 | $30,225 | $4,531 | $3,501 | $1,047 | 74 |
| PITTSBURGH | NON FREEDOM | 97 | $14,674 | $16,323 | $13,504 | $2,819 | $0 | $2,819 | 26 |
| PITTSBURGH | Totals | 375 | $49,430 | $47,578 | $43,729 | $7,349 | $3,501 | $3,866 | 100 |
| | | | | | | | | | |
| SPARKS | FREEDOM | 203 | $13,924 | $12,165 | $11,518 | $2,405 | $1,759 | $646 | 100 |
| SPARKS | Totals | 203 | $13,924 | $12,165 | $11,518 | $2,405 | $1,759 | $646 | 100 |
| | | | | | | | | | |
| Grand | Totals | 1093 | $117,764 | $110,006 | $99,774 | $20,230 | $9,999 | $9,926 | |

*Reports can be made in any format to help focus in on the areas to improve. This report helps identify the facilities that need to improve compliance and help achieve a higher level of savings.*



# Decision Making Tools
## Starrate

### Benchmark/Least Cost Carrier

495.50    BENCH                                    Bureau Class Rates

| Total | SCAC | Svc | Mode | Eqp | Disc | Carrier Name |
|-------|------|-----|------|-----|------|--------------|
| 222.97 | CAR18 | 2 | LTL | | 55% | CARRIER #18 |
| 237.84 | CAR13 | 3 | LTL | | 52% | CARRIER #13 |
| 247.75 | CAR25 | N/A | LTL | | 50% | CARRIER #25 |
| 247.75 | CAR6 | ? | LTL | | 50% | CARRIER #6 |
| 247.75 | CAR22 | ? | LTL | | 50% | CARRIER #22 |
| 247.75 | CAR12 | 3 | LTL | | 50% | CARRIER #12 |
| 257.66 | CAR26 | 1 | LTL | | 48% | CARRIER #26 |
| 277.48 | CAR2 | 1 | LTL | | 44% | CARRIER #2 |

**Sort By:**
( ) Cost    ( ) SCAC    ( ) Days    ( ) Preference

[ Select ]    [ Close ]    [ Print ]

*Who should I use?  How long will it take?  How much will it cost?  What should I charge my customer?  These are all questions that can be answered with the Starrate technology.  Each of the Freedom carriers is loaded with the service time and price so the optimal decision can be made each time.  Preferred carriers can be added to simplify the process.*



# Tranzact Systems Company Overview

# Performance, Not Promises

### Freight Payment

The core operation of Tranzact has been freight payment. We were founded in 1983 and are now the largest privately owned Freight Payment Company. Our growth has been dramatic; Tranzact currently processes in excess of 1 million bills per month and pays close to $3 billion annually. We have over 300 customers and employ over 200 people in three processing centers in Illinois. Over 62% of our processing is being completed via EDI and we regularly communicate with 2,500 carriers as part of our process.

### Tranzact Technologies

Tranzact Technologies, our systems development unit, has created software to simplify your transportation process. The focus when developing software is the voice of the customer. We realize software must:

- Be flexible
- Be user friendly
- Have a customized interface
- Be continually upgraded
- Do what it is designed to do!

### Special Services Group

The Special Service Group is comprised of industry professionals with years of experience in logistics management with the smallest of shippers to Fortune 50 companies. This group is charged with:

- Being the catalyst between software and implementation.
- Providing resources needed to manage your special projects or ongoing processes.
- Acting as an administrative arm within the logistics area.
- Negotiating with and selecting the core carriers of the Freedom group.

### Freedom Logistics

Combines all of the resources of the three operating units of Tranzact Systems into one product offering. Our customers only need one contact to have any of the core processes completed. For one monthly fee the expertise of our organization is put in motion.



# Claims Management

**Claims Management**: Freedom offers a claims management service to assist our customers in getting their claims paid in a timely manner.  Processing claims is only half of the equation; we will help you manage your shipping environment to assure the proper procedures are followed to minimize problems.   We will also identify patterns to support the reduction of future claims.

# FREEDOM LOGISTICS

# Freight Payment

Founded in 1983, Tranzact Systems has grown to be among the largest privately held integrated logistics and freight payment information companies in North America. As a member of the Freedom Logistics Network, all of your shipments will be audited and processed for payment by our state of the art freight payment system. Some of Tranzact's freight payment features include:

- A quick payment cycle time
- Direct carrier billing to Tranzact. "No more paperwork"
- Accurate pre-audit with rate overcharges identified and adjusted prior to payment.
- Ability to allocate freight costs to multiple accounting entries.
- Duplicate payment protection.
- Accurate check disbursement with detailed remittance.
- Reduction of past dues and balance dues.
- Historical database creation and detailed reporting capabilities.
- Client specific and customized processing designs for complete satisfaction with all your internal customers.

# Contract and Legal Protection

We have worked with several transportation lawyers and reviewed numerous existing shippers' contracts. This has allowed us to create a contract that protects all of the parties involved in the relationship.

It is critical that carrier relationships are based on this contract for a number of reasons:

- Provides the control necessary to implement
- Eliminates potential overcharge claims associated with carrier bankruptcy
- Removes risk of possible carrier non-compliance with HR 2121 legislation
- Abolishes the need for filed tariffs in accordance with the Regulatory Reform Act of 1994
- With the elimination of the ICC a contract provides the necessary rules of engagement
- Allows you to tailor rules and accessorial charges as they pertain to your business

A contract will also allow you to initiate a true partnership relationship with Freedom Logistics and your carriers. It clearly spells out the obligations and compensation expected from both parties while simplifying operations and reducing administrative costs for everyone.



# Shipment Level Measurements
# Starlite



*This is a screen print of our reporting software showing the relevant information captured for each of your shipments. Each shipment is benchmarked comparing the price that was paid to the historical cost. Shipments are also compared to the least cost and best service alternative to show the lost potential. On a shipment by shipment basis we will measure savings.*



# Inbound Management

<u>**Routing Map for:**</u>
<u>**Pittsburgh, PA**</u>
<u>**Pete's Pizza Corp.**</u>



*Freedom Logistics 708-922-3355*

Our process includes both inbound and outbound transportation. We will assist your purchasing department in developing a routing guide to maximize savings and service. When vendors do not follow the routing guides, the tools are then in place to charge the vendors the additional costs associated with the non-compliance.

| Vendor | Date Shipped | Carrier Used | Origin State | Destination State | Weight | Dollars Paid | Least Cost Amt | Approved Carrier | Difference |
|--------|--------------|--------------|--------------|-------------------|--------|--------------|----------------|------------------|------------|
| Matt's Cheese | 20-May | Overnite | IA | NV | 563 | $149.48 | $122.11 | Carrier 1 | $27.37 |
| Matt's Cheese | 21-May | Overnite | IA | PA | 1,875 | $310.61 | $235.65 | Carrier 1 | $74.96 |
| Matt's Cheese | 21-May | Overnite | IA | GA | 1,238 | $346.11 | $163.27 | Carrier 1 | $182.84 |
| Matt's Cheese | 21-May | Overnite | IA | IL | 4,388 | $451.86 | $231.75 | Carrier 2 | $220.11 |
| | | | | | | $1,258.06 | $752.78 | | $505.28 |



Founded in 1983, Tranzact Systems has grown to be among the largest privately held integrated logistics companies in North America.

## Tranzact's Mission is simple and straightforward:

> ### Our customers save money and improve their Bottom Line by Partnering with Tranzact.

Tranzact generates savings and builds your bottom line by viewing your supply chain as a continuous system and providing software, services, and technical support that reduces the total cost of receiving your materials from suppliers or in delivering product to your customers.

Tranzact's customers expect Performance - Not Promises! Performance means providing our customers with the information, technology, and support they need to make better decisions _before_ their logistics dollars are spent.

**As the leader in providing logistics decision support software, services, and technology, Tranzact listens and tailors solutions to meet your requirements. Give Tranzact a call today to see how these solutions can help you reduce costs and save money as well as simplify and improve your logistics processes.**



### To find out more about the Freedom Logistics Network contact:

## Freedom Logistics Network
137 East Avenue • Suite 60
Tallmadge, OH  44278
### 800-928-8FLN
e-mail: info@freedomlogistics.com
website: www.freedomlogistics.com

EXHIBIT P

# FREEDOM LOGISTICS

## Building Your Bottom Line Through Performance - Not Promises



A Comprehensive Suite of
Logistics Solutions Offered By:

**Tranzact Technologies, Inc.**

# *Letter From The President*

If you are a mid-market company and you are concerned about being "out-executed" in logistics by your competition, we have great news: You can now compete with them on a level playing field!

Today, the market leaders are focusing on the role of logistics in managing the supply chain, but managing logistics can be confusing and time consuming. This is especially true for many mid-market companies who recognize managing logistics is not their "core competency". These companies can not afford to spend hundreds of thousands, or even millions of dollars, to hire logistics professionals to develop the technology necessary to manage this function.

Consequently, they are confronted with a challenge: How can we use logistics as a competitive differentiator when we are not "big enough" to get the most competitive rates or take advantage of multi-million dollar technology? One phone call to Tranzact can positively address that challenge.

With one phone call, you can become a member of the Freedom Logistics Network. The Freedom Network has been specifically designed for mid-market companies who want to eliminate the hassle and confusion of managing complex logistics initiatives. The Freedom Logistics Network is for companies who want to start realizing immediate cost savings by reducing their logistics costs.

So if you are concerned about being "out-executed" when it comes to managing logistics, relax, the Freedom Logistics Network can provide you with "peace of mind." It's the peace of mind that comes from knowing you are one phone call away from accessing a wealth of expertise and technology to handle your logistics needs and requirements.

*Give Tranzact a call today to learn more about the Freedom Logistics Network.*

Sincerely,

Michael A. Regan

*F*reedom Logistics Network is a suite of logistics services and software for companies who do not have the leverage of a 100-million-dollar shipper. These companies can now access competitively priced transportation rates and leading-edge decision support software that was previously only available to much larger shippers.

*R*ate structures are often complex and confusing. They do not allow shippers to compare carriers equally. As a Freedom Logistics Network customer, you will be using simplified rate structures to save money by making better business decisions before your dollars are spent.

*E*veryone in your company can now take advantage of multi-million dollar leading edge software, technology, and processes that have been developed for some of the nation's largest shippers.

*E*xpenses associated with these processes are no longer an issue. Tranzact Technologies, Inc. has rewritten the rules with the Freedom Logistics Network. **You no longer have to be a multi-million dollar shipper to get the benefits your larger competitors have always used to compete against you.**

*D*ecisions can be monitored and measured to ensure the best interests of your company are always being considered.

*O*rder management systems can be integrated with our rating and routing software to ensure the most cost-effective carrier is used for each shipment.

*M*anagement support from our staff of logistics professionals will be available to you at all times to provide ongoing support and to assist you in responding to your special situations.



# What is the Freedom Logistics Network?

**Freedom Logistics Network is a suite of logistics services and software that generates bottom line savings by reducing your logistics costs.**

As the leader in logistics decision support software, services, and technology, Tranzact Technologies, Inc. has created the Freedom Logistics Network for companies who want to use logistics as the proverbial "slingshot" to slay the Goliaths in their marketplace. As a member of the Freedom Logistics Network, you select and tailor the cost savings services and technology that best fit your needs.



# Membership Benefits

**Competitive Rates**

Leveraging the value of its extensive database, Tranzact Technologies, Inc. has entered into agreements with carriers throughout the United States. You will enjoy rates comparable to some of the largest shippers in the nation.

**Contract Development**

Shipments with a Freedom Logistics Network carrier all move under a valid contract. In the wake of recent legislation and court decisions, having valid transportation contracts is more important than ever before.

**Freight Payment**

As a member of the Freedom Logistics Network, all of your shipments will be audited and paid by Tranzact Technologies, Inc. You no longer have to worry about balance due and past due problems.

**Monthly Management Reports**

In addition to having your freight bills paid and audited, each month you will receive the detail and summary information you need to monitor and measure the impact of the decisions made affecting logistics costs. This information can be accessed via PC, client server based software, or hard copy reports.

**Inbound Freight Management**

As a member of the Freedom Logistics Network, you can now extend your supply chain back to your suppliers and realize substantial savings by taking control of your inbound shipments.

**Routing Software**

Everyone in your company can now quickly access rating and routing information before you ship! With Freedom Logistics Network carriers, you can access critical transit time information for any inbound or outbound shipment in the United States.

**Loss & Damage Claims Management**

By using our loss and damage claims management service, your claims get paid in a timely manner. We also identify patterns to substantially reduce future claims.



# Who is Tranzact?

Founded in 1983, Tranzact Systems has grown to be among the largest privately held integrated logistics companies in North America. In March of 2000 we sold our freight payment services division and put all of our energies into technology. With the change in focus came a change in name, **Tranzact Technologies, Inc.**

## *Tranzact's Mission is simple and straightforward:*

> *Our customers save money and improve their Bottom Line by Partnering with Tranzact Technologies.*

Tranzact generates savings and builds your bottom line by viewing your supply chain as a continuous system and providing software, services, and technical support that reduces the total cost of receiving your materials from suppliers or in delivering product to your customers.

Tranzact's customers expect Performance - Not Promises! Performance means providing our customers with the information, technology, and support they need to make better decisions *before* their logistics dollars are spent.

**As the leader in providing logistics decision support software, services, and technology, we listen and tailor solutions to meet your requirements. Give us a call today to see how these solutions can help you save money as well as simplify and improve your logistics processes.**



# Additional Information

*To find out more about the Freedom Logistics Network contact:*

## Tranzact Technologies, Inc.
8201 West 183rd Street, Suite E
Tinley Park, IL 60477

# 800-928-8356

EXHIBIT Q

**Revenue directly attributed to Freedom Logistics Network (FLN)**

|      | Gross Revenue  | Net Revenue   |
|------|----------------|---------------|
| 2002 | 33,121,839.79  | 4,937,870.45  |
| 2003 | 41,330,080.77  | 5,742,648.56  |
| 2004 | 47,414,783.90  | 7,067,785.47  |
| 2005 | 46,125,465.37  | 7,575,981.16  |
| 2006 | 41,796,466.13  | 7,291,864.85  |
|      | **209,788,635.96** | **32,616,150.49** |

**Revenue attributable to just general Broker operations of FL**

|      | Gross Revenue  | Net Revenue   |
|------|----------------|---------------|
| 2004 | 45,399,375.91  | 5,052,377.75  |
| 2005 | 42,391,374.80  | 3,841,890.59  |
| 2006 | 37,929,570.07  | 3,424,968.79  |

EXHIBIT R

**From:** tferraro@famousfootwear.com [mailto:tferraro@famousfootwear.com]
**Sent:** Wednesday, November 07, 2007 5:08 PM
**To:** martranz@aol.com
**Subject:** Freedom Logistics

Mike,
Do you know Shane?

SHANE STARKS
FREEDOM LOGISTICS
PRESIDENT
877-824-8899
615-824-8899
615-824-8850 FAX AND 2ND PHONE LINE
615-394-7364 CELL

Terri Ferraro
Director, Supply Chain and Transportation
Famous Footwear
Brown Shoe Retail Logistics
608-825-1635

**From:** tferraro@famousfootwear.com [mailto:tferraro@famousfootwear.com]
**Sent:** Thursday, November 08, 2007 8:09 AM
**To:** martranz@aol.com
**Subject:** Fw: new Sales Rep for K&K Shane Stark

Here's what I know.  Seeing the Freedom Logistics name got my attention.   K&K is a sizeable TL carrier for Famous.  I haven't met Donny Kemp, the owner of K&K and don't know what the relationship really entails between the sister companies.  Please keep this e-mail thread confidential.

Terri Ferraro
Director, Supply Chain and Transportation
Famous Footwear
Brown Shoe Retail Logistics
608-825-1635

----- Forwarded by Terri Ferraro/SDC/BrownShoe on 11/08/2007 07:58 AM -----

**Eric Jacobson/SDC/BrownShoe**

11/07/2007 04:49 PM

To Terri Ferraro/SDC/BrownShoe@BWS, Charlie Hauser/SDC/BrownShoe@BWS, Jeff McConachie/SDC/BrownShoe, Phil Gerg/SDC/BrownShoe@BWS, Le Amerson/SDC/BrownShoe@BWS

cc

Subject new Sales Rep for K&K Shane Stark

Message from new K&K rep below.  They want to come up the first week of Dec - I'm thinking later in the week the 6th or so would be best?

Eric Jacobson
Manager, Transportation Procurement
Famous Footwear / Brown Shoe
Phone 608-825-1674
Fax 608-662-6808
ejacobson@famousfootwear.com

----- Forwarded by Eric Jacobson/SDC/BrownShoe on 11/07/2007 04:47 PM -----
================================================

**"shanefreedomlog"**
**<shanefreedomlog@bellsouth.net>**

11/07/2007 04:43 PM

To <gedl@famousfootwear.com>, "ERIC JACOBSON" <ejacobson@famousfootwear.com>, "JONI BORCHAR" <jborchar@famousfootwear.com>, "SCOTT LEGLER" <slegler@famousfootwear.com>

cc "SHANNON WENTWORTH" <SWENTWORTH@KKTRUCKINGINC.COM>

Subject INTRO

HELLO EVERYONE. I LEFT YOU VOICEMAILS ON TUESDAY.   AND I HAVE SPOKEN TO

JONI.  I WANTED TO SAY HELLO AND I WILL TRY TO CALL YOU AGAIN ON THURSDAY.  I HAVE TAKEN KEVIN'S PLACE AT K AND K TRUCKING.  I MENTIONED TO JONI THAT DONNY, SHANNON AND MYSELF WOULD LIKE TO COME UP AND SEE YOU THE 1ST WEEK OF DEC.  I WILL TRY TO GET THAT SET UP WITH YOU SOON.

I LOOK FORWARD TO GETTING TO KNOW YOU AND YOUR BUSINESS NEEDS.
MY NUMBERS ARE BELOW.
MY EMAIL FOR K AND K IS AS FOLLOWS:

SSTARKS@KKTRUCKINGINC.COM

IT SHOULD BE WORKING THURS.  THIS EMAIL IS MY EMAIL FOR OUR SISTER COMPANY FREEEDOM LOGISTICS.  IT IS THE WAREHOUSE AND BROKERAGE DIVISION.

HOPE TO TALK TO YOU ON THURSDAY.

THANKS


SHANE STARKS
FREEDOM LOGISTICS
PRESIDENT
877-824-8899
615-824-8899
615-824-8850 FAX AND 2ND PHONE LINE
615-394-7364 CELL

EXHIBIT R(1)



## Secretary of State
## Business Information Search

| Secretary of State Web Site | | Instructions |
| --- | --- | --- |

| **Name** | **I.D. Number** |
| --- | --- |
| K & K TRUCKING, INC. | 0095348 |

| | |
| --- | --- |
| **Business Type\*:** | CORPORATION |
| **Profit/Nonprofit:** | FOR PROFIT |
| **Status\*:** | ACTIVE |
| **Date of Formation/Qualification:** | 08/20/1980 |
| **Domestic/Foreign:** | DOMESTIC |
| **Place of Incorporation/Organization:** | SMITH |
| **Duration:** | PERPETUAL |
| **FYC(Fiscal Year Closing) Month:** | OCTOBER |

**Principal Office:**

| | |
| --- | --- |
| **Address Line 1:** | 147 TRANSPORT DRIVE |
| **Address Line 2:** | |
| **City:** | CARTHAGE |
| **State:** | TN |
| **Zip:** | 370300000 |

**Other than USA:**

**Registered Agent:**

| | |
| --- | --- |
| **Name:** | DONNY W. KEMP |
| **Address Line 1:** | RTE 1 BOX 382 |
| **Address Line 2:** | |
| **City:** | CARTHAGE |
| **State:** | TN |
| **Zip:** | 370300000 |

### Business Filing History

\* Important Note: Business filing History includes information about (1) the basis for an inactive status and (2) the current true name and filing status of a business with an assumed name or a changed status.

Note: This information is current as of three working days prior to today's date.

| Search Again |
| --- |

Report a Technical Issue

EXHIBIT S

## Paid to K & K Trucking

| Client Code | Client Name | SCAC | Invoice Number | Ship Date | Total Paid Amount |
|---|---|---|---|---|---|
| FIL | FILTRATION GROUP | KKTG | 0087417 | 5/11/2004 | $749.90 |
| FIG | FILTRATION GROUP | KKTG | 0087757 | 5/13/2004 | $3,683.00 |
| FIL | FILTRATION GROUP | KKTG | 0089816 | 7/7/2004 | $707.69 |
| FIL | FILTRATION GROUP | KKTG | 0091083 | 8/6/2004 | $829.78 |
| FIL | FILTRATION GROUP | KKTG | 0091547 | 8/16/2004 | $829.78 |
| FIL | FILTRATION GROUP | KKTG | 0091749 | 8/23/2004 | $829.78 |
| FIL | FILTRATION GROUP | KKTG | 0092147 | 8/26/2004 | $834.76 |
| FIL | FILTRATION GROUP | KKTG | 0092586 | 9/7/2004 | $834.76 |
| FIL | FILTRATION GROUP | KKTG | 0092643 | 9/14/2004 | $834.76 |
| FIL | FILTRATION GROUP | KKTG | 0092841 | 9/20/2004 | $834.76 |
| FIL | FILTRATION GROUP | KKTG | 0093245 | 9/29/2004 | $854.68 |
| FIL | FILTRATION GROUP | KKTG | 0093701 | 10/11/2004 | $874.60 |
| FIL | FILTRATION GROUP | KKTG | 0094110 | 10/19/2004 | $874.60 |
| FIL | FILTRATION GROUP | KKTG | 0094390 | 10/25/2004 | $894.52 |
| FIL | FILTRATION GROUP | KKTG | 0094817 | 11/1/2004 | $904.48 |
| FIL | FILTRATION GROUP | KKTG | 0095407 | 11/14/2004 | $894.52 |
| FIL | FILTRATION GROUP | KKTG | 0095527 | 11/19/2004 | $894.52 |
| FIL | FILTRATION GROUP | KKTG | 0095829 | 11/30/2004 | $884.56 |
| FIL | FILTRATION GROUP | KKTG | 0096052 | 12/6/2004 | $884.56 |
| FIL | FILTRATION GROUP | KKTG | 0096336 | 12/10/2004 | $874.60 |
| FIL | FILTRATION GROUP | KKTG | 0096620 | 12/20/2004 | $864.64 |
| FIL | FILTRATION GROUP | KKTG | 0097173 | 1/4/2005 | $864.64 |
| FIL | FILTRATION GROUP | KKTG | 0097324 | 1/10/2005 | $864.64 |
| FIL | FILTRATION GROUP | KKTG | 0097635 | 1/17/2005 | $854.68 |
| FIL | FILTRATION GROUP | KKTG | 0097766 | 1/24/2005 | $864.64 |
| FIL | FILTRATION GROUP | KKTG | 0098199 | 1/31/2005 | $864.64 |
| FIL | FILTRATION GROUP | KKTG | 0098289 | 2/4/2005 | $864.64 |
| FIL | FILTRATION GROUP | KKTG | 0098642 | 2/15/2005 | $864.64 |
| FIL | FILTRATION GROUP | KKTG | 0099094 | 2/22/2005 | $864.64 |
| FIL | FILTRATION GROUP | KKTG | 0099258 | 3/2/2005 | $864.64 |
| FIL | FILTRATION GROUP | KKTG | 0099569 | 3/7/2005 | $884.56 |
| FIL | FILTRATION GROUP | KKTG | 0099889 | 3/14/2005 | $894.52 |
| FIL | FILTRATION GROUP | KKTG | 0100163 | 3/21/2005 | $894.52 |
| FIL | FILTRATION GROUP | KKTG | 0100386 | 3/28/2005 | $904.48 |
| FIL | FILTRATION GROUP | KKTG | 0100672 | 4/4/2005 | $904.48 |
| FIL | FILTRATION GROUP | KKTG | 0101055 | 4/11/2005 | $914.44 |
| FIL | FILTRATION GROUP | KKTG | 0101197 | 4/18/2005 | $924.40 |
| FIL | FILTRATION GROUP | KKTG | 0101577 | 4/25/2005 | $914.44 |
| FIL | FILTRATION GROUP | KKTG | 0101778 | 5/2/2005 | $914.44 |
| FIL | FILTRATION GROUP | KKTG | 0102079 | 5/6/2005 | $1,260.61 |
| FIL | FILTRATION GROUP | KKTG | 0101984 | 5/6/2005 | $1,158.54 |
| FIL | FILTRATION GROUP | KKTG | 0102138 | 5/9/2005 | $889.44 |
| FIL | FILTRATION GROUP | KKTG | 0102369 | 5/13/2005 | $1,151.88 |
| FIL | FILTRATION GROUP | KKTG | 0102370 | 5/16/2005 | $834.66 |
| FIL | FILTRATION GROUP | KKTG | 0102761 | 5/20/2005 | $1,246.23 |
| FIL | FILTRATION GROUP | KKTG | 0102614 | 5/20/2005 | $1,145.22 |
| FIL | FILTRATION GROUP | KKTG | 0102656 | 5/23/2005 | $834.66 |
| FIL | FILTRATION GROUP | KKTG | 0102645 | 5/25/2005 | $658.99 |
| FIL | FILTRATION GROUP | KKTG | 0102904 | 5/27/2005 | $1,246.23 |
| FIL | FILTRATION GROUP | KKTG | 0102898 | 5/31/2005 | $1,145.22 |
| FIL | FILTRATION GROUP | KKTG | 0103028 | 5/31/2005 | $834.66 |
| FIL | FILTRATION GROUP | KKTG | 0103181 | 6/6/2005 | $670.56 |

| FIL | FILTRATION GROUP | KKTG | 0103180 | 6/6/2005 | $1,253.42 |
|-----|------------------|------|---------|----------|-----------|
| FIL | FILTRATION GROUP | KKTG | 0103182 | 6/6/2005 | $839.64 |
| FIL | FILTRATION GROUP | KKTG | 0103101 | 6/7/2005 | $616.60 |
| FIL | FILTRATION GROUP | KKTG | 0103179 | 6/7/2005 | $1,151.88 |
| FIL | FILTRATION GROUP | KKTG | 0103428 | 6/10/2005 | $1,253.42 |
| FIL | FILTRATION GROUP | KKTG | 0103340 | 6/10/2005 | $1,151.88 |
| FIL | FILTRATION GROUP | KKTG | 0103304 | 6/13/2005 | $670.56 |
| FIL | FILTRATION GROUP | KKTG | 0103425 | 6/13/2005 | $839.64 |
| FIL | FILTRATION GROUP | KKTG | 0103825 | 6/22/2005 | $678.40 |
| FIL | FILTRATION GROUP | KKTG | 0103917 | 6/22/2005 | $1,267.80 |
| FIL | FILTRATION GROUP | KKTG | 0104090 | 6/22/2005 | $1,165.20 |
| FIL | FILTRATION GROUP | KKTG | 0103854 | 6/23/2005 | $849.60 |
| FIL | FILTRATION GROUP | KKTG | 0104106 | 7/1/2005 | $678.40 |
| FIL | FILTRATION GROUP | KKTG | 0104080 | 7/1/2005 | $1,165.20 |
| FIL | FILTRATION GROUP | KKTG | 0104188 | 7/1/2005 | $849.60 |
| FIL | FILTRATION GROUP | KKTG | 0104107 | 7/7/2005 | $1,267.80 |
| FIL | FILTRATION GROUP | KKTG | 0104388 | 7/8/2005 | $1,267.80 |
| FIL | FILTRATION GROUP | KKTG | 0104304 | 7/8/2005 | $1,165.20 |
| FIL | FILTRATION GROUP | KKTG | 0104309 | 7/11/2005 | $686.24 |
| FIL | FILTRATION GROUP | KKTG | 0104303 | 7/11/2005 | $859.56 |
| FIL | FILTRATION GROUP | KKTG | 0104706 | 7/14/2005 | $1,178.52 |
| FIL | FILTRATION GROUP | KKTG | 0104707 | 7/15/2005 | $1,282.18 |
| FIL | FILTRATION GROUP | KKTG | 0104570 | 7/18/2005 | $686.24 |
| FIL | FILTRATION GROUP | KKTG | 0104809 | 7/18/2005 | $859.56 |
| FIL | FILTRATION GROUP | KKTG | 0104818 | 7/19/2005 | $1,282.18 |
| FIL | FILTRATION GROUP | KKTG | 0105071 | 7/22/2005 | $1,128.52 |
| FIL | FILTRATION GROUP | KKTG | 0104926 | 7/25/2005 | $678.40 |
| FIL | FILTRATION GROUP | KKTG | 0104979 | 7/25/2005 | $849.60 |
| FIL | FILTRATION GROUP | KKTG | 0104943 | 7/26/2005 | $1,267.80 |
| FIL | FILTRATION GROUP | KKTG | 0105377 | 7/28/2005 | $1,267.80 |
| FIL | FILTRATION GROUP | KKTG | 0105135 | 7/29/2005 | $1,165.20 |
| FIL | FILTRATION GROUP | KKTG | 0105129 | 7/29/2005 | $849.70 |
| FIL | FILTRATION GROUP | KKTG | 0105134 | 8/1/2005 | $678.40 |
| FIL | FILTRATION GROUP | KKTG | 0105285 | 8/1/2005 | $849.60 |
| FIL | FILTRATION GROUP | KKTG | 0105396 | 8/4/2005 | $1,267.80 |
| FIL | FILTRATION GROUP | KKTG | 0105552 | 8/4/2005 | $1,165.20 |
| FIL | FILTRATION GROUP | KKTG | 0105417 | 8/8/2005 | $678.40 |
| FIL | FILTRATION GROUP | KKTG | 0105418 | 8/8/2005 | $849.60 |
| FIL | FILTRATION GROUP | KKTG | 0105530 | 8/11/2005 | $1,282.18 |
| FIL | FILTRATION GROUP | KKTG | 0105810 | 8/12/2005 | $686.24 |
| FIL | FILTRATION GROUP | KKTG | 0105783 | 8/12/2005 | $1,178.52 |
| FIL | FILTRATION GROUP | KKTG | 0105719 | 8/15/2005 | $859.56 |
| FIL | FILTRATION GROUP | KKTG | 0105998 | 8/19/2005 | $1,325.04 |
| FIL | FILTRATION GROUP | KKTG | 0105997 | 8/19/2005 | $1,217.92 |
| FIL | FILTRATION GROUP | KKTG | 0106077 | 8/22/2005 | $709.20 |
| FIL | FILTRATION GROUP | KKTG | 0106072 | 8/22/2005 | $874.42 |
| FIL | FILTRATION GROUP | KKTG | 0106024 | 8/23/2005 | $834.68 |
| FIL | FILTRATION GROUP | KKTG | 0106232 | 8/26/2005 | $1,350.04 |
| FIL | FILTRATION GROUP | KKTG | 0106227 | 8/26/2005 | $1,217.92 |
| FIL | FILTRATION GROUP | KKTG | 0106361 | 8/29/2005 | $709.76 |
| FIL | FILTRATION GROUP | KKTG | 0106387 | 8/29/2005 | $1,611.00 |
| FIL | FILTRATION GROUP | KKTG | 0106371 | 8/29/2005 | $884.68 |
| FIL | FILTRATION GROUP | KKTG | 0106338 | 8/31/2005 | $681.86 |
| FIL | FILTRATION GROUP | KKTG | 0106561 | 9/1/2005 | $1,325.04 |

| FIL | FILTRATION GROUP | KKTG | 0106615 | 9/2/2005 | $1,217.92 |
|-----|------------------|------|---------|----------|-----------|
| FIL | FILTRATION GROUP | KKTG | 0106614 | 9/6/2005 | $709.20 |
| FIL | FILTRATION GROUP | KKTG | 0106562 | 9/6/2005 | $884.68 |
| FIL | FILTRATION GROUP | KKTG | 0106890 | 9/9/2005 | $1,396.84 |
| FIL | FILTRATION GROUP | KKTG | 0106829 | 9/9/2005 | $1,284.32 |
| FIL | FILTRATION GROUP | KKTG | 0106780 | 9/12/2005 | $740.40 |
| FIL | FILTRATION GROUP | KKTG | 0106797 | 9/12/2005 | $923.16 |
| FIL | FILTRATION GROUP | KKTG | 0106831 | 9/12/2005 | $1,368.82 |
| FIL | FILTRATION GROUP | KKTG | 0107041 | 9/16/2005 | $1,332.48 |
| FIL | FILTRATION GROUP | KKTG | 0107042 | 9/16/2005 | $1,271.04 |
| FIL | FILTRATION GROUP | KKTG | 0107273 | 9/17/2005 | $1,323.12 |
| FIL | FILTRATION GROUP | KKTG | 0107074 | 9/19/2005 | $740.40 |
| FIL | FILTRATION GROUP | KKTG | 0107272 | 9/19/2005 | $923.16 |
| FIL | FILTRATION GROUP | KKTG | 0107322 | 9/23/2005 | $1,368.12 |
| FIL | FILTRATION GROUP | KKTG | 0107317 | 9/23/2005 | $1,257.76 |
| FIL | FILTRATION GROUP | KKTG | 0107472 | 9/26/2005 | $732.60 |
| FIL | FILTRATION GROUP | KKTG | 0107383 | 9/26/2005 | $913.54 |
| FIL | FILTRATION GROUP | KKTG | 0107886 | 9/30/2005 | $733.20 |
| FIL | FILTRATION GROUP | KKTG | 0107632 | 9/30/2005 | $1,382.48 |
| FIL | FILTRATION GROUP | KKTG | 0107633 | 9/30/2005 | $1,271.04 |
| FIL | FILTRATION GROUP | KKTG | 0107765 | 10/3/2005 | $971.26 |
| FIL | FILTRATION GROUP | KKTG | 0108025 | 10/7/2005 | $1,454.28 |
| FIL | FILTRATION GROUP | KKTG | 0107990 | 10/7/2005 | $1,337.44 |
| FIL | FILTRATION GROUP | KKTG | 0108024 | 10/10/2005 | $779.40 |
| FIL | FILTRATION GROUP | KKTG | 0108136 | 10/10/2005 | $971.26 |
| FIL | FILTRATION GROUP | KKTG | 0108224 | 10/14/2005 | $1,468.64 |
| FIL | FILTRATION GROUP | KKTG | 0108226 | 10/14/2005 | $1,350.72 |
| FIL | FILTRATION GROUP | KKTG | 0108113 | 10/14/2005 | $980.88 |
| FIL | FILTRATION GROUP | KKTG | 0108808 | 10/17/2005 | $787.20 |
| FIL | FILTRATION GROUP | KKTG | 0108561 | 10/21/2005 | $1,454.28 |
| FIL | FILTRATION GROUP | KKTG | 0108492 | 10/21/2005 | $1,337.44 |
| FIL | FILTRATION GROUP | KKTG | 0108606 | 10/24/2005 | $779.40 |
| FIL | FILTRATION GROUP | KKTG | 0108868 | 10/24/2005 | $971.26 |
| FIL | FILTRATION GROUP | KKTG | 0108932 | 10/28/2005 | $1,468.64 |
| FIL | FILTRATION GROUP | KKTG | 0108767 | 10/28/2005 | $1,350.72 |
| FIL | FILTRATION GROUP | KKTG | 0108766 | 10/28/2005 | $980.88 |
| FIL | FILTRATION GROUP | KKTG | 0108937 | 10/31/2005 | $787.20 |
| FIL | FILTRATION GROUP | KKTG | 0109085 | 11/4/2005 | $1,396.84 |
| FIL | FILTRATION GROUP | KKTG | 0109086 | 11/4/2005 | $1,284.32 |
| FIL | FILTRATION GROUP | KKTG | 0109185 | 11/7/2005 | $748.20 |
| FIL | FILTRATION GROUP | KKTG | 0109321 | 11/7/2005 | $932.78 |
| FIL | FILTRATION GROUP | KKTG | 0109525 | 11/10/2005 | $1,353.76 |
| FIL | FILTRATION GROUP | KKTG | 0109526 | 11/10/2005 | $1,244.48 |
| FIL | FILTRATION GROUP | KKTG | 0109415 | 11/11/2005 | $903.90 |
| FIL | FILTRATION GROUP | KKTG | 0109416 | 11/14/2005 | $724.80 |
| FIL | FILTRATION GROUP | KKTG | 0109748 | 11/21/2005 | $701.40 |
| FIL | FILTRATION GROUP | KKTG | 0109970 | 11/28/2005 | $693.60 |
| FIL | FILTRATION GROUP | KKTG | 0109894 | 11/28/2005 | $1,296.32 |
| FIL | FILTRATION GROUP | KKTG | 0109895 | 11/28/2005 | $1,191.36 |
| FIL | FILTRATION GROUP | KKTG | 0110082 | 11/28/2005 | $865.44 |
| FIL | FILTRATION GROUP | KKTG | 0110379 | 12/2/2005 | $1,281.96 |
| FIL | FILTRATION GROUP | KKTG | 0110235 | 12/3/2005 | $1,191.36 |
| FIL | FILTRATION GROUP | KKTG | 0110394 | 12/5/2005 | $685.80 |
| FIL | FILTRATION GROUP | KKTG | 0110185 | 12/5/2005 | $855.82 |

| FIL | FILTRATION GROUP | KKTG | 0110613 | 12/9/2005 | $1,178.08 |
| FIL | FILTRATION GROUP | KKTG | 0110614 | 12/11/2005 | $1,281.96 |
| FIL | FILTRATION GROUP | KKTG | 0110554 | 12/12/2005 | $855.82 |
| FIL | FILTRATION GROUP | KKTG | 0110773 | 12/16/2005 | $1,318.12 |
| FIL | FILTRATION GROUP | KKTG | 0110738 | 12/16/2005 | $1,178.08 |
| FIL | FILTRATION GROUP | KKTG | 0110764 | 12/16/2005 | $865.44 |
| FIL | FILTRATION GROUP | KKTG | 0110892 | 12/20/2005 | $685.80 |
| FIL | FILTRATION GROUP | KKTG | 0111020 | 12/22/2005 | $1,191.36 |
| FIL | FILTRATION GROUP | KKTG | 0111313 | 1/3/2006 | $693.60 |
| FIL | FILTRATION GROUP | KKTG | 0111295 | 1/3/2006 | $1,296.32 |
| FIL | FILTRATION GROUP | KKTG | 0111296 | 1/3/2006 | $865.44 |
| FIL | FILTRATION GROUP | KKTG | 0111314 | 1/4/2006 | $1,191.36 |
| FIL | FILTRATION GROUP | KKTG | 0111774 | 1/6/2006 | $1,296.32 |
| FIL | FILTRATION GROUP | KKTG | 0111497 | 1/6/2006 | $1,191.36 |
| FIL | FILTRATION GROUP | KKTG | 0111627 | 1/9/2006 | $693.60 |
| FIL | FILTRATION GROUP | KKTG | 0111464 | 1/9/2006 | $865.44 |
| FIL | FILTRATION GROUP | KKTG | 0111753 | 1/13/2006 | $1,296.32 |
| FIL | FILTRATION GROUP | KKTG | 0111709 | 1/13/2006 | $1,191.36 |
| FIL | FILTRATION GROUP | KKTG | 0111856 | 1/16/2006 | $693.60 |
| FIL | FILTRATION GROUP | KKTG | 0111790 | 1/16/2006 | $865.44 |
| FIL | FILTRATION GROUP | KKTG | 0111934 | 1/18/2006 | $1,296.32 |
| FIL | FILTRATION GROUP | KKTG | 0112005 | 1/19/2006 | $1,191.36 |
| FIL | FILTRATION GROUP | KKTG | 0112146 | 1/23/2006 | $693.60 |
| FIL | FILTRATION GROUP | KKTG | 0111990 | 1/23/2006 | $860.16 |
| FIL | FILTRATION GROUP | KKTG | 0112260 | 1/27/2006 | $1,296.32 |
| FIL | FILTRATION GROUP | KKTG | 0112404 | 1/27/2006 | $1,191.36 |
| FIL | FILTRATION GROUP | KKTG | 0112350 | 1/31/2006 | $693.60 |
| FIL | FILTRATION GROUP | KKTG | 0112405 | 1/31/2006 | $860.16 |
| FIL | FILTRATION GROUP | KKTG | 0112499 | 2/3/2006 | $693.60 |
| FIL | FILTRATION GROUP | KKTG | 0112582 | 2/3/2006 | $1,296.32 |
| FIL | FILTRATION GROUP | KKTG | 0112538 | 2/3/2006 | $1,191.36 |
| FIL | FILTRATION GROUP | KKTG | 0112585 | 2/6/2006 | $815.44 |
| FIL | FILTRATION GROUP | KKTG | 0112586 | 2/6/2006 | $810.16 |
| FIL | FILTRATION GROUP | KKTG | 0112863 | 2/10/2006 | $696.20 |
| FIL | FILTRATION GROUP | KKTG | 0112864 | 2/10/2006 | $1,204.64 |
| FIL | FILTRATION GROUP | KKTG | 0112862 | 2/13/2006 | $865.44 |
| FIL | FILTRATION GROUP | KKTG | 0112979 | 2/14/2006 | $1,296.32 |
| FIL | FILTRATION GROUP | KKTG | 0113087 | 2/17/2006 | $688.80 |
| FIL | FILTRATION GROUP | KKTG | 0113167 | 2/17/2006 | $1,191.36 |
| FIL | FILTRATION GROUP | KKTG | 0113086 | 2/17/2006 | $865.44 |
| FIL | FILTRATION GROUP | KKTG | 0113406 | 2/24/2006 | $1,296.32 |
| FIL | FILTRATION GROUP | KKTG | 0113448 | 2/24/2006 | $1,191.36 |
| FIL | FILTRATION GROUP | KKTG | 0113497 | 2/28/2006 | $688.80 |
| FIL | FILTRATION GROUP | KKTG | 0113445 | 2/28/2006 | $865.44 |
| FIL | FILTRATION GROUP | KKTG | 0113684 | 3/2/2006 | $1,140.64 |
| FIL | FILTRATION GROUP | KKTG | 0113863 | 3/3/2006 | $1,296.32 |
| FIL | FILTRATION GROUP | KKTG | 0113795 | 3/3/2006 | $1,136.08 |
| FIL | FILTRATION GROUP | KKTG | 0113651 | 3/6/2006 | $693.60 |
| FIL | FILTRATION GROUP | KKTG | 0113648 | 3/6/2006 | $865.44 |
| FIL | FILTRATION GROUP | KKTG | 0114037 | 3/10/2006 | $1,310.68 |
| FIL | FILTRATION GROUP | KKTG | 0114038 | 3/10/2006 | $1,204.64 |
| FIL | FILTRATION GROUP | KKTG | 0114041 | 3/13/2006 | $701.40 |
| FIL | FILTRATION GROUP | KKTG | 0114042 | 3/13/2006 | $875.06 |
| FIL | FILTRATION GROUP | KKTG | 0114266 | 3/16/2006 | $1,310.68 |

| FIL | FILTRATION GROUP | KKTG | 0114208 | 3/17/2006 | $1,204.64 |
|-----|------------------|------|---------|-----------|-----------|
| FIL | FILTRATION GROUP | KKTG | 0114242 | 3/20/2006 | $751.40 |
| FIL | FILTRATION GROUP | KKTG | 0114265 | 3/20/2006 | $875.06 |
| FIL | FILTRATION GROUP | KKTG | 0114560 | 3/24/2006 | $1,325.04 |
| FIL | FILTRATION GROUP | KKTG | 0114593 | 3/27/2006 | $703.60 |
| FIL | FILTRATION GROUP | KKTG | 0114506 | 3/27/2006 | $1,217.92 |
| FIL | FILTRATION GROUP | KKTG | 0114686 | 3/27/2006 | $884.68 |
| FIL | FILTRATION GROUP | KKTG | 0114887 | 3/31/2006 | $1,310.68 |
| FIL | FILTRATION GROUP | KKTG | 0114752 | 3/31/2006 | $1,204.64 |
| FIL | FILTRATION GROUP | KKTG | 0114804 | 4/3/2006 | $753.60 |
| FIL | FILTRATION GROUP | KKTG | 0114805 | 4/3/2006 | $884.68 |
| FIL | FILTRATION GROUP | KKTG | 0109849 | 4/7/2006 | $1,231.20 |
| FIL | FILTRATION GROUP | KKTG | 0109850 | 4/10/2006 | $711.00 |
| FIL | FILTRATION GROUP | KKTG | 0109873 | 4/10/2006 | $894.30 |
| FIL | FILTRATION GROUP | KKTG | 0115523 | 4/13/2006 | $894.30 |
| FIL | FILTRATION GROUP | KKTG | 0115514 | 4/14/2006 | $1,411.20 |
| FIL | FILTRATION GROUP | KKTG | 0115369 | 4/14/2006 | $1,231.20 |
| FIL | FILTRATION GROUP | KKTG | 0115325 | 4/17/2006 | $711.00 |
| FIL | FILTRATION GROUP | KKTG | 0115627 | 4/21/2006 | $1,257.76 |
| FIL | FILTRATION GROUP | KKTG | 0115743 | 4/24/2006 | $725.80 |
| FIL | FILTRATION GROUP | KKTG | 0115862 | 4/24/2006 | $1,368.12 |
| FIL | FILTRATION GROUP | KKTG | 0115634 | 4/24/2006 | $913.54 |
| FIL | FILTRATION GROUP | KKTG | 0115914 | 4/28/2006 | $1,396.84 |
| FIL | FILTRATION GROUP | KKTG | 0115871 | 4/28/2006 | $1,284.32 |
| FIL | FILTRATION GROUP | KKTG | 0116000 | 5/1/2006 | $874.42 |
| FIL | FILTRATION GROUP | KKTG | 0116065 | 5/1/2006 | $882.78 |
| FIL | FILTRATION GROUP | KKTG | 0116062 | 5/2/2006 | $740.60 |
| FIL | FILTRATION GROUP | KKTG | 0116153 | 5/5/2006 | $1,396.84 |
| FIL | FILTRATION GROUP | KKTG | 0116152 | 5/5/2006 | $1,284.32 |
| FIL | FILTRATION GROUP | KKTG | 0116198 | 5/8/2006 | $740.60 |
| FIL | FILTRATION GROUP | KKTG | 0116517 | 5/8/2006 | $924.42 |
| FIL | FILTRATION GROUP | KKTG | 0146517 | 5/8/2006 | $924.42 |
| FIL | FILTRATION GROUP | KKTG | 0116614 | 5/12/2006 | $1,396.84 |
| FIL | FILTRATION GROUP | KKTG | 0116443 | 5/12/2006 | $1,284.32 |
| FIL | FILTRATION GROUP | KKTG | 0116528 | 5/15/2006 | $740.60 |
| FIL | FILTRATION GROUP | KKTG | 0116482 | 5/15/2006 | $924.42 |
| FIL | FILTRATION GROUP | KKTG | 0116887 | 5/19/2006 | $1,411.20 |
| FIL | FILTRATION GROUP | KKTG | 0116739 | 5/19/2006 | $1,297.60 |
| FIL | FILTRATION GROUP | KKTG | 0116681 | 5/22/2006 | $748.00 |
| FIL | FILTRATION GROUP | KKTG | 0116744 | 5/22/2006 | $942.40 |
| FIL | FILTRATION GROUP | KKTG | 0117078 | 5/26/2006 | $790.60 |
| FIL | FILTRATION GROUP | KKTG | 0117053 | 5/30/2006 | $932.78 |
| FIL | FILTRATION GROUP | KKTG | 0117052 | 5/31/2006 | $1,396.84 |
| FIL | FILTRATION GROUP | KKTG | 0117048 | 5/31/2006 | $1,284.32 |
| FIL | FILTRATION GROUP | KKTG | 0117478 | 6/9/2006 | $1,346.08 |
| FIL | FILTRATION GROUP | KKTG | 0117477 | 6/9/2006 | $1,338.48 |
| FIL | FILTRATION GROUP | KKTG | 0117681 | 6/9/2006 | $1,233.18 |
| FIL | FILTRATION GROUP | KKTG | 0117476 | 6/9/2006 | $874.42 |
| FIL | FILTRATION GROUP | KKTG | 0117592 | 6/11/2006 | $1,225.96 |
| FIL | FILTRATION GROUP | KKTG | 0117513 | 6/12/2006 | $932.78 |
| FIL | FILTRATION GROUP | KKTG | 0117732 | 6/16/2006 | $795.98 |
| FIL | FILTRATION GROUP | KKTG | 0118015 | 6/23/2006 | $798.00 |
| FIL | FILTRATION GROUP | KKTG | 0118184 | 6/23/2006 | $1,411.20 |
| FIL | FILTRATION GROUP | KKTG | 0118121 | 6/23/2006 | $1,246.40 |

| FIL | FILTRATION GROUP | KKTG | 0118073 | 6/23/2006 | $1,238.80 |
|-----|------------------|------|---------|-----------|-----------|
| FIL | FILTRATION GROUP | KKTG | 0117987 | 6/23/2006 | $892.40 |
| FIL | FILTRATION GROUP | KKTG | 0118076 | 6/25/2006 | $883.60 |
| FIL | FILTRATION GROUP | KKTG | 0118394 | 6/30/2006 | $1,346.08 |
| FIL | FILTRATION GROUP | KKTG | 0118395 | 7/3/2006 | $1,338.48 |
| FIL | FILTRATION GROUP | KKTG | 0118445 | 7/5/2006 | $790.60 |
| FIL | FILTRATION GROUP | KKTG | 0118447 | 7/5/2006 | $1,283.18 |
| FIL | FILTRATION GROUP | KKTG | 0118387 | 7/5/2006 | $932.78 |
| FIL | FILTRATION GROUP | KKTG | 0118905 | 7/13/2006 | $1,411.20 |
| FIL | FILTRATION GROUP | KKTG | 0119127 | 7/13/2006 | $1,297.60 |
| FIL | FILTRATION GROUP | KKTG | 0118862 | 7/14/2006 | $798.00 |
| FIL | FILTRATION GROUP | KKTG | 0118863 | 7/17/2006 | $942.40 |
| FIL | FILTRATION GROUP | KKTG | 0119073 | 7/18/2006 | $1,352.40 |
| FIL | FILTRATION GROUP | KKTG | 0119359 | 7/20/2006 | $1,360.40 |
| FIL | FILTRATION GROUP | KKTG | 0119180 | 7/20/2006 | $1,296.40 |
| FIL | FILTRATION GROUP | KKTG | 0119428 | 7/21/2006 | $798.00 |
| FIL | FILTRATION GROUP | KKTG | 0119184 | 7/24/2006 | $942.40 |
| FIL | FILTRATION GROUP | KKTG | 0114081 | 7/28/2006 | $1,411.20 |
| FIL | FILTRATION GROUP | KKTG | 0119445 | 7/28/2006 | $1,296.40 |
| FIL | FILTRATION GROUP | KKTG | 0119496 | 7/31/2006 | $798.00 |
| FIL | FILTRATION GROUP | KKTG | 0119599 | 7/31/2006 | $942.40 |
| FIL | FILTRATION GROUP | KKTG | 0119802 | 8/4/2006 | $1,425.56 |
| FIL | FILTRATION GROUP | KKTG | 0119819 | 8/4/2006 | $1,309.62 |
| FIL | FILTRATION GROUP | KKTG | 0119828 | 8/4/2006 | $902.02 |
| FIL | FILTRATION GROUP | KKTG | 0119811 | 8/7/2006 | $805.40 |
| FIL | FILTRATION GROUP | KKTG | 0119821 | 8/7/2006 | $892.78 |
| FIL | FILTRATION GROUP | KKTG | 0120111 | 8/11/2006 | $1,389.04 |
| FIL | FILTRATION GROUP | KKTG | 0120106 | 8/11/2006 | $1,380.24 |
| FIL | FILTRATION GROUP | KKTG | 0120334 | 8/11/2006 | $1,322.84 |
| FIL | FILTRATION GROUP | KKTG | 0120162 | 8/14/2006 | $812.80 |
| FIL | FILTRATION GROUP | KKTG | 0120224 | 8/14/2006 | $961.64 |
| FIL | FILTRATION GROUP | KKTG | 0114973 | 8/18/2006 | $1,439.92 |
| FIL | FILTRATION GROUP | KKTG | 0120346 | 8/18/2006 | $1,322.84 |
| FIL | FILTRATION GROUP | KKTG | 0120390 | 8/21/2006 | $812.80 |
| FIL | FILTRATION GROUP | KKTG | 0120505 | 8/21/2006 | $961.64 |
| FIL | FILTRATION GROUP | KKTG | 0120639 | 8/25/2006 | $1,439.92 |
| FIL | FILTRATION GROUP | KKTG | 0120683 | 8/25/2006 | $1,322.84 |
| FIL | FILTRATION GROUP | KKTG | 0120675 | 8/28/2006 | $812.80 |
| FIL | FILTRATION GROUP | KKTG | 0120776 | 8/28/2006 | $961.64 |
| FIL | FILTRATION GROUP | KKTG | 0120916 | 9/1/2006 | $1,425.56 |
| FIL | FILTRATION GROUP | KKTG | 0121023 | 9/5/2006 | $805.40 |
| FIL | FILTRATION GROUP | KKTG | 0121018 | 9/5/2006 | $1,309.62 |
| FIL | FILTRATION GROUP | KKTG | 0121363 | 9/5/2006 | $952.02 |
| FIL | FILTRATION GROUP | KKTG | 0121150 | 9/8/2006 | $1,411.20 |
| FIL | FILTRATION GROUP | KKTG | 0121204 | 9/8/2006 | $1,296.40 |
| FIL | FILTRATION GROUP | KKTG | 0121203 | 9/11/2006 | $798.00 |
| FIL | FILTRATION GROUP | KKTG | 0121210 | 9/11/2006 | $942.40 |
| FIL | FILTRATION GROUP | KKTG | 0121425 | 9/15/2006 | $1,411.20 |
| FIL | FILTRATION GROUP | KKTG | 0121569 | 9/15/2006 | $1,296.40 |
| FIL | FILTRATION GROUP | KKTG | 0121430 | 9/18/2006 | $798.00 |
| FIL | FILTRATION GROUP | KKTG | 0121582 | 9/18/2006 | $932.78 |
| FIL | FILTRATION GROUP | KKTG | 0121733 | 9/22/2006 | $1,353.76 |
| FIL | FILTRATION GROUP | KKTG | 0122006 | 9/22/2006 | $1,243.52 |
| FIL | FILTRATION GROUP | KKTG | 0121815 | 9/25/2006 | $768.40 |

| | | | | | |
|---|---|---|---|---|---|
| FIL | FILTRATION GROUP | KKTG | 0121775 | 9/25/2006 | $903.92 |
| FIL | FILTRATION GROUP | KKTG | 0122025 | 9/29/2006 | $1,325.04 |
| FIL | FILTRATION GROUP | KKTG | 0121961 | 9/29/2006 | $1,217.92 |
| FIL | FILTRATION GROUP | KKTG | 0121960 | 10/2/2006 | $703.60 |
| FIL | FILTRATION GROUP | KKTG | 0122274 | 10/2/2006 | $884.68 |
| FIL | FILTRATION GROUP | KKTG | 0122429 | 10/6/2006 | $1,310.68 |
| FIL | FILTRATION GROUP | KKTG | 0122443 | 10/6/2006 | $1,217.92 |
| FIL | FILTRATION GROUP | KKTG | 0122349 | 10/9/2006 | $696.20 |
| FIL | FILTRATION GROUP | KKTG | 0122428 | 10/9/2006 | $875.06 |
| FIL | FILTRATION GROUP | KKTG | 0122970 | 10/13/2006 | $1,310.68 |
| FIL | FILTRATION GROUP | KKTG | 0122580 | 10/13/2006 | $1,204.64 |
| FIL | FILTRATION GROUP | KKTG | 0122617 | 10/16/2006 | $696.20 |
| FIL | FILTRATION GROUP | KKTG | 0122579 | 10/16/2006 | $875.06 |
| FIL | FILTRATION GROUP | KKTG | 0123108 | 10/20/2006 | $1,310.68 |
| FIL | FILTRATION GROUP | KKTG | 0122927 | 10/20/2006 | $1,204.64 |
| FIL | FILTRATION GROUP | KKTG | 0122928 | 10/23/2006 | $696.20 |
| FIL | FILTRATION GROUP | KKTG | 0122863 | 10/23/2006 | $875.06 |
| FIL | FILTRATION GROUP | KKTG | 0123291 | 10/27/2006 | $1,310.68 |
| FIL | FILTRATION GROUP | KKTG | 0123328 | 10/27/2006 | $1,204.64 |
| FIL | FILTRATION GROUP | KKTG | 0123423 | 10/30/2006 | $696.20 |
| FIL | FILTRATION GROUP | KKTG | 0123228 | 10/30/2006 | $875.06 |
| FIL | FILTRATION GROUP | KKTG | 0123607 | 11/3/2006 | $1,260.16 |
| FIL | FILTRATION GROUP | KKTG | 0123680 | 11/3/2006 | $1,254.96 |
| FIL | FILTRATION GROUP | KKTG | 0123604 | 11/3/2006 | $1,204.64 |
| FIL | FILTRATION GROUP | KKTG | 0123480 | 11/6/2006 | $696.20 |
| FIL | FILTRATION GROUP | KKTG | 0123474 | 11/6/2006 | $875.06 |
| FIL | FILTRATION GROUP | KKTG | 0124051 | 11/10/2006 | $1,310.68 |
| FIL | FILTRATION GROUP | KKTG | 0123859 | 11/10/2006 | $1,204.64 |
| FIL | FILTRATION GROUP | KKTG | 0123926 | 11/13/2006 | $703.60 |
| FIL | FILTRATION GROUP | KKTG | 0123815 | 11/13/2006 | $884.68 |
| FIL | FILTRATION GROUP | KKTG | 0124108 | 11/17/2006 | $1,325.04 |
| FIL | FILTRATION GROUP | KKTG | 0124191 | 11/17/2006 | $1,217.92 |
| FIL | FILTRATION GROUP | KKTG | 0124119 | 11/20/2006 | $703.60 |
| FIL | FILTRATION GROUP | KKTG | 0124120 | 11/20/2006 | $884.68 |
| FIL | FILTRATION GROUP | KKTG | 0124495 | 11/27/2006 | $703.60 |
| FIL | FILTRATION GROUP | KKTG | 0124248 | 11/27/2006 | $884.68 |
| FIL | FILTRATION GROUP | KKTG | 0124528 | 11/28/2006 | $1,325.04 |
| FIL | FILTRATION GROUP | KKTG | 0124402 | 11/28/2006 | $1,217.92 |
| FIL | FILTRATION GROUP | KKTG | 0124649 | 12/4/2006 | $884.68 |
| FIL | FILTRATION GROUP | KKTG | 0124794 | 12/8/2006 | $1,339.40 |
| FIL | FILTRATION GROUP | KKTG | 0124795 | 12/8/2006 | $1,231.20 |
| FIL | FILTRATION GROUP | KKTG | 0124985 | 12/11/2006 | $703.60 |
| FIL | FILTRATION GROUP | KKTG | 0124843 | 12/11/2006 | $894.30 |
| FIL | FILTRATION GROUP | KKTG | 0125288 | 12/15/2006 | $1,339.40 |
| FIL | FILTRATION GROUP | KKTG | 0125169 | 12/15/2006 | $1,231.20 |
| FIL | FILTRATION GROUP | KKTG | 0125224 | 12/18/2006 | $711.00 |
| FIL | FILTRATION GROUP | KKTG | 0125131 | 12/18/2006 | $894.30 |
| FIL | FILTRATION GROUP | KKTG | 0125487 | 12/28/2006 | $1,274.48 |
| FIL | FILTRATION GROUP | KKTG | 0125493 | 12/29/2006 | $1,275.04 |
| FIL | FILTRATION GROUP | KKTG | 0125492 | 12/29/2006 | $1,167.92 |
| FIL | FILTRATION GROUP | KKTG | 0125456 | 1/2/2007 | $711.00 |
| FIL | FILTRATION GROUP | KKTG | 0125501 | 1/2/2007 | $828.52 |
| FIL | FILTRATION GROUP | KKTG | 0125911 | 1/2/2007 | $832.16 |
| FIL | FILTRATION GROUP | KKTG | 0125494 | 1/3/2007 | $1,163.44 |

| FIL | FILTRATION GROUP | KKTG | 0125606 | 1/5/2007 | $653.60 |
|-----|------------------|------|---------|----------|---------|
| FIL | FILTRATION GROUP | KKTG | 0125781 | 1/5/2007 | $1,325.04 |
| FIL | FILTRATION GROUP | KKTG | 0125639 | 1/5/2007 | $1,217.92 |
| FIL | FILTRATION GROUP | KKTG | 0125640 | 1/5/2007 | $884.68 |
| FIL | FILTRATION GROUP | KKTG | 0126015 | 1/12/2007 | $1,325.04 |
| FIL | FILTRATION GROUP | KKTG | 0125972 | 1/12/2007 | $1,217.92 |
| FIL | FILTRATION GROUP | KKTG | 0125876 | 1/12/2007 | $884.68 |
| FIL | FILTRATION GROUP | KKTG | 0126008 | 1/15/2007 | $688.80 |
| FIL | FILTRATION GROUP | KKTG | 0126340 | 1/19/2007 | $688.80 |
| FIL | FILTRATION GROUP | KKTG | 0126233 | 1/19/2007 | $1,296.32 |
| FIL | FILTRATION GROUP | KKTG | 0126231 | 1/19/2007 | $1,191.36 |
| FIL | FILTRATION GROUP | KKTG | 0126507 | 1/22/2007 | $865.44 |
| FIL | FILTRATION GROUP | KKTG | 0126565 | 1/30/2007 | $1,296.32 |
| FIL | FILTRATION GROUP | KKTG | 0126567 | 1/31/2007 | $688.80 |
| FIL | FILTRATION GROUP | KKTG | 0126562 | 1/31/2007 | $1,191.36 |
| FIL | FILTRATION GROUP | KKTG | 0126569 | 1/31/2007 | $815.44 |
| FIL | FILTRATION GROUP | KKTG | 0126571 | 1/31/2007 | $815.44 |
| FIL | FILTRATION GROUP | KKTG | 0126763 | 2/5/2007 | $1,296.32 |
| FIL | FILTRATION GROUP | KKTG | 0126820 | 2/6/2007 | $688.80 |
| FIL | FILTRATION GROUP | KKTG | 0126817 | 2/6/2007 | $1,191.36 |
| FIL | FILTRATION GROUP | KKTG | 0126762 | 2/6/2007 | $865.44 |
| FIL | FILTRATION GROUP | KKTG | 0127287 | 2/16/2007 | $688.80 |
| FIL | FILTRATION GROUP | KKTG | 0127254 | 2/16/2007 | $1,191.36 |
| FIL | FILTRATION GROUP | KKTG | 0127253 | 2/16/2007 | $875.06 |
| FIL | FILTRATION GROUP | KKTG | 0127285 | 2/18/2007 | $1,296.32 |
| FIL | FILTRATION GROUP | KKTG | 0127568 | 2/23/2007 | $1,296.32 |
| FIL | FILTRATION GROUP | KKTG | 0127525 | 2/23/2007 | $1,191.36 |
| FIL | FILTRATION GROUP | KKTG | 0127495 | 2/26/2007 | $865.44 |
| FIL | FILTRATION GROUP | KKTG | 0127760 | 2/28/2007 | $688.80 |
| FIL | FILTRATION GROUP | KKTG | 0127718 | 3/2/2007 | $1,325.04 |
| FIL | FILTRATION GROUP | KKTG | 0127713 | 3/2/2007 | $1,217.92 |
| FIL | FILTRATION GROUP | KKTG | 0127951 | 3/5/2007 | $703.60 |
| FIL | FILTRATION GROUP | KKTG | 0127720 | 3/5/2007 | $884.68 |
| FIL | FILTRATION GROUP | KKTG | 0128204 | 3/9/2007 | $1,339.40 |
| FIL | FILTRATION GROUP | KKTG | 0128034 | 3/9/2007 | $1,231.20 |
| FIL | FILTRATION GROUP | KKTG | 0128206 | 3/12/2007 | $894.30 |
| FIL | FILTRATION GROUP | KKTG | 0128498 | 3/16/2007 | $718.40 |
| FIL | FILTRATION GROUP | KKTG | 0128325 | 3/16/2007 | $1,353.76 |
| FIL | FILTRATION GROUP | KKTG | 0128298 | 3/16/2007 | $1,244.48 |
| FIL | FILTRATION GROUP | KKTG | 0128328 | 3/19/2007 | $903.92 |
| FIL | FILTRATION GROUP | KKTG | 0128638 | 3/23/2007 | $1,353.76 |
| FIL | FILTRATION GROUP | KKTG | 0128635 | 3/23/2007 | $1,194.48 |
| FIL | FILTRATION GROUP | KKTG | 0128716 | 3/23/2007 | $1,194.48 |
| FIL | FILTRATION GROUP | KKTG | 0128831 | 3/26/2007 | $718.40 |
| FIL | FILTRATION GROUP | KKTG | 0128580 | 3/26/2007 | $853.92 |
| FIL | FILTRATION GROUP | KKTG | 0128581 | 3/26/2007 | $853.92 |
| FIL | FILTRATION GROUP | KKTG | 0128854 | 3/30/2007 | $1,296.32 |
| FIL | FILTRATION GROUP | KKTG | 0128917 | 3/30/2007 | $1,244.48 |
| FIL | FILTRATION GROUP | KKTG | 0129096 | 4/2/2007 | $718.40 |
| FIL | FILTRATION GROUP | KKTG | 0128980 | 4/2/2007 | $853.92 |
| FIL | FILTRATION GROUP | KKTG | 0129229 | 4/6/2007 | $1,382.48 |
| FIL | FILTRATION GROUP | KKTG | 0129153 | 4/6/2007 | $1,271.04 |
| FIL | FILTRATION GROUP | KKTG | 0129159 | 4/9/2007 | $733.20 |
| FIL | FILTRATION GROUP | KKTG | 0129149 | 4/9/2007 | $923.16 |

| | | | | | |
|---|---|---|---|---|---|
| FIL | FILTRATION GROUP | KKTG | 0129444 | 4/13/2007 | $1,382.48 |
| FIL | FILTRATION GROUP | KKTG | 0129522 | 4/13/2007 | $1,271.04 |
| FIL | FILTRATION GROUP | KKTG | 0129520 | 4/16/2007 | $733.20 |
| FIL | FILTRATION GROUP | KKTG | 0129474 | 4/16/2007 | $923.16 |
| FIL | FILTRATION GROUP | KKTG | 0129947 | 4/20/2007 | $1,382.48 |
| FIL | FILTRATION GROUP | KKTG | 0129789 | 4/20/2007 | $1,271.04 |
| FIL | FILTRATION GROUP | KKTG | 0130005 | 4/23/2007 | $740.60 |
| FIL | FILTRATION GROUP | KKTG | 0129755 | 4/23/2007 | $932.78 |
| FIL | FILTRATION GROUP | KKTG | 0129962 | 4/27/2007 | $1,382.48 |
| FIL | FILTRATION GROUP | KKTG | 0130014 | 4/27/2007 | $1,284.32 |
| FIL | FILTRATION GROUP | KKTG | 0130133 | 4/30/2007 | $740.60 |
| FIL | FILTRATION GROUP | KKTG | 0130128 | 4/30/2007 | $932.78 |
| FIL | FILTRATION GROUP | KKTG | 0130450 | 5/4/2007 | $1,382.48 |
| FIL | FILTRATION GROUP | KKTG | 0130283 | 5/4/2007 | $1,271.04 |
| FIL | FILTRATION GROUP | KKTG | 0130261 | 5/7/2007 | $733.20 |
| FIL | FILTRATION GROUP | KKTG | 0130311 | 5/7/2007 | $923.16 |
| FIL | FILTRATION GROUP | KKTG | 0130589 | 5/11/2007 | $1,382.48 |
| FIL | FILTRATION GROUP | KKTG | 0130550 | 5/11/2007 | $1,271.04 |
| FIL | FILTRATION GROUP | KKTG | 0130556 | 5/14/2007 | $733.20 |
| FIL | FILTRATION GROUP | KKTG | 0130554 | 5/14/2007 | $873.16 |
| FIL | FILTRATION GROUP | KKTG | 0130676 | 5/14/2007 | $873.16 |
| FIL | FILTRATION GROUP | KKTG | 0131337 | 5/18/2007 | $1,382.48 |
| FIL | FILTRATION GROUP | KKTG | 0130806 | 5/18/2007 | $1,271.04 |
| FIL | FILTRATION GROUP | KKTG | 0130855 | 5/21/2007 | $733.20 |
| FIL | FILTRATION GROUP | KKTG | 0130853 | 5/21/2007 | $923.16 |
| FIL | FILTRATION GROUP | KKTG | 0131074 | 5/25/2007 | $1,310.64 |
| FIL | FILTRATION GROUP | KKTG | 0131073 | 5/25/2007 | $1,318.12 |
| FIL | FILTRATION GROUP | KKTG | 0131074 | 5/25/2007 | $0.00 |
| FIL | FILTRATION GROUP | KKTG | 0131073 | 5/25/2007 | $0.00 |
| FIL | FILTRATION GROUP | KKTG | 0131142 | 5/29/2007 | $733.20 |
| FIL | FILTRATION GROUP | KKTG | 0131142 | 5/29/2007 | $0.00 |
| FIL | FILTRATION GROUP | KKTG | 0131225 | 5/29/2007 | $1,271.04 |
| FIL | FILTRATION GROUP | KKTG | 0131226 | 5/29/2007 | $923.16 |
| FIL | FILTRATION GROUP | KKTG | 0131376 | 6/1/2007 | $1,324.56 |
| FIL | FILTRATION GROUP | KKTG | 0131485 | 6/1/2007 | $1,332.48 |
| FIL | FILTRATION GROUP | KKTG | 0131438 | 6/6/2007 | $1,221.04 |
| FIL | FILTRATION GROUP | KKTG | 0131586 | 6/8/2007 | $1,324.56 |
| FIL | FILTRATION GROUP | KKTG | 0131739 | 6/8/2007 | $1,332.48 |
| FIL | FILTRATION GROUP | KKTG | 0132280 | 6/8/2007 | $1,221.04 |
| FIL | FILTRATION GROUP | KKTG | 0131704 | 6/11/2007 | $733.20 |
| FIL | FILTRATION GROUP | KKTG | 0131705 | 6/11/2007 | $873.16 |
| FIL | FILTRATION GROUP | KKTG | 0131900 | 6/11/2007 | $873.16 |
| FIL | FILTRATION GROUP | KKTG | 0132086 | 6/19/2007 | $733.20 |
| FIL | FILTRATION GROUP | KKTG | 0132095 | 6/19/2007 | $1,382.48 |
| FIL | FILTRATION GROUP | KKTG | 0132096 | 6/19/2007 | $1,271.04 |
| FIL | FILTRATION GROUP | KKTG | 0132101 | 6/20/2007 | $923.16 |
| FIL | FILTRATION GROUP | KKTG | 0132395 | 6/25/2007 | $733.20 |
| FIL | FILTRATION GROUP | KKTG | 0132299 | 6/25/2007 | $887.16 |
| FIL | FILTRATION GROUP | KKTG | 0134498 | 6/25/2007 | $36.00 |
| FIL | FILTRATION GROUP | KKTG | 0132524 | 6/28/2007 | $1,332.48 |
| FIL | FILTRATION GROUP | KKTG | 0132523 | 6/29/2007 | $1,324.56 |
| FIL | FILTRATION GROUP | KKTG | 0132610 | 6/29/2007 | $1,271.04 |
| FIL | FILTRATION GROUP | KKTG | 0132532 | 7/2/2007 | $733.20 |
| FIL | FILTRATION GROUP | KKTG | 0132525 | 7/2/2007 | $887.16 |

| FIL | FILTRATION GROUP | KKTG | 0134499 | 7/2/2007 | $36.00 |
|-----|------------------|------|---------|----------|--------|
| FIL | FILTRATION GROUP | KKTG | 0132732 | 7/5/2007 | $1,271.04 |
| FIL | FILTRATION GROUP | KKTG | 0132834 | 7/6/2007 | $1,382.48 |
| FIL | FILTRATION GROUP | KKTG | 0132757 | 7/9/2007 | $733.20 |
| FIL | FILTRATION GROUP | KKTG | 0132973 | 7/9/2007 | $887.16 |
| FIL | FILTRATION GROUP | KKTG | 0134500 | 7/9/2007 | $36.00 |
| FIL | FILTRATION GROUP | KKTG | 0132983 | 7/13/2007 | $1,382.48 |
| FIL | FILTRATION GROUP | KKTG | 0133123 | 7/13/2007 | $1,271.04 |
| FIL | FILTRATION GROUP | KKTG | 0133034 | 7/16/2007 | $733.20 |
| FIL | FILTRATION GROUP | KKTG | 0133033 | 7/16/2007 | $887.16 |
| FIL | FILTRATION GROUP | KKTG | 0134501 | 7/16/2007 | $36.00 |
| FIL | FILTRATION GROUP | KKTG | 0133292 | 7/20/2007 | $1,346.84 |
| FIL | FILTRATION GROUP | KKTG | 0133356 | 7/20/2007 | $1,338.48 |
| FIL | FILTRATION GROUP | KKTG | 0133359 | 7/20/2007 | $1,284.32 |
| FIL | FILTRATION GROUP | KKTG | 0133362 | 7/23/2007 | $740.60 |
| FIL | FILTRATION GROUP | KKTG | 0133369 | 7/23/2007 | $894.78 |
| FIL | FILTRATION GROUP | KKTG | 0134502 | 7/23/2007 | $38.00 |
| FIL | FILTRATION GROUP | KKTG | 0133663 | 7/27/2007 | $1,396.84 |
| FIL | FILTRATION GROUP | KKTG | 0133604 | 7/27/2007 | $1,284.32 |
| FIL | FILTRATION GROUP | KKTG | 0133662 | 7/30/2007 | $740.60 |
| FIL | FILTRATION GROUP | KKTG | 0134504 | 7/30/2007 | $38.00 |
| FIL | FILTRATION GROUP | KKTG | 0133628 | 8/2/2007 | $894.78 |
| FIL | FILTRATION GROUP | KKTG | 0133905 | 8/3/2007 | $1,396.84 |
| FIL | FILTRATION GROUP | KKTG | 0133937 | 8/3/2007 | $1,284.32 |
| FIL | FILTRATION GROUP | KKTG | 0133982 | 8/6/2007 | $740.60 |
| FIL | FILTRATION GROUP | KKTG | 0134039 | 8/6/2007 | $894.78 |
| FIL | FILTRATION GROUP | KKTG | 0134507 | 8/6/2007 | $38.00 |
| FIL | FILTRATION GROUP | KKTG | 0134311 | 8/10/2007 | $1,338.48 |
| FIL | FILTRATION GROUP | KKTG | 0134219 | 8/10/2007 | $1,346.84 |
| FIL | FILTRATION GROUP | KKTG | 0134222 | 8/10/2007 | $1,284.32 |
| FIL | FILTRATION GROUP | KKTG | 0134452 | 8/13/2007 | $740.60 |
| FIL | FILTRATION GROUP | KKTG | 0134511 | 8/13/2007 | $38.00 |
| FIL | FILTRATION GROUP | KKTG | 0134451 | 8/13/2007 | $894.78 |
| FIL | FILTRATION GROUP | KKTG | 0134538 | 8/17/2007 | $1,382.48 |
| FIL | FILTRATION GROUP | KKTG | 0134536 | 8/17/2007 | $1,272.48 |
| FIL | FILTRATION GROUP | KKTG | 0134781 | 8/20/2007 | $733.20 |
| FIL | FILTRATION GROUP | KKTG | 0134848 | 8/20/2007 | $923.16 |
| FIL | FILTRATION GROUP | KKTG | 0134870 | 8/24/2007 | $1,396.84 |
| FIL | FILTRATION GROUP | KKTG | 0135118 | 8/24/2007 | $1,272.48 |
| FIL | FILTRATION GROUP | KKTG | 0134912 | 8/27/2007 | $740.60 |
| FIL | FILTRATION GROUP | KKTG | 0134874 | 8/27/2007 | $932.78 |
| FIL | FILTRATION GROUP | KKTG | 0135144 | 8/31/2007 | $740.60 |
| FIL | FILTRATION GROUP | KKTG | 0135268 | 8/31/2007 | $1,338.48 |
| FIL | FILTRATION GROUP | KKTG | 0135136 | 8/31/2007 | $1,346.84 |
| FIL | FILTRATION GROUP | KKTG | 0135265 | 8/31/2007 | $1,285.84 |
| FIL | FILTRATION GROUP | KKTG | 0135273 | 9/4/2007 | $932.78 |
| FIL | FILTRATION GROUP | KKTG | 0135526 | 9/6/2007 | $1,346.84 |
| FIL | FILTRATION GROUP | KKTG | 0135444 | 9/6/2007 | $1,285.84 |
| FIL | FILTRATION GROUP | KKTG | 0135525 | 9/7/2007 | $1,346.84 |
| FIL | FILTRATION GROUP | KKTG | 0135446 | 9/10/2007 | $740.60 |
| FIL | FILTRATION GROUP | KKTG | 0135445 | 9/10/2007 | $932.78 |
| FIL | FILTRATION GROUP | KKTG | 0136025 | 9/14/2007 | $1,411.20 |
| FIL | FILTRATION GROUP | KKTG | 0135774 | 9/14/2007 | $1,297.60 |
| FIL | FILTRATION GROUP | KKTG | 0135814 | 9/17/2007 | $748.00 |

| | | | | | |
|---|---|---|---|---|---|
| FIL | FILTRATION GROUP | KKTG | 0135776 | 9/17/2007 | $942.40 |
| FIL | FILTRATION GROUP | KKTG | 0136103 | 9/21/2007 | $1,411.20 |
| FIL | FILTRATION GROUP | KKTG | 0136178 | 9/21/2007 | $1,299.20 |
| FIL | FILTRATION GROUP | KKTG | 0136326 | 9/24/2007 | $748.00 |
| FIL | FILTRATION GROUP | KKTG | 0136143 | 9/24/2007 | $942.40 |
| FIL | FILTRATION GROUP | KKTG | 0136566 | 9/27/2007 | $1,361.20 |
| FIL | FILTRATION GROUP | KKTG | 0136569 | 9/28/2007 | $1,352.40 |
| FIL | FILTRATION GROUP | KKTG | 0136426 | 10/1/2007 | $762.80 |
| FIL | FILTRATION GROUP | KKTG | 0136502 | 10/1/2007 | $961.64 |
| FIL | FILTRATION GROUP | KKTG | 0136530 | 10/3/2007 | $1,275.92 |
| FIL | FILTRATION GROUP | KKTG | 0136798 | 10/4/2007 | $1,389.92 |
| FIL | FILTRATION GROUP | KKTG | 0136800 | 10/5/2007 | $762.80 |
| FIL | FILTRATION GROUP | KKTG | 0136893 | 10/5/2007 | $1,380.24 |
| FIL | FILTRATION GROUP | KKTG | 0136893 | 10/5/2007 | $0.00 |
| FIL | FILTRATION GROUP | KKTG | 0136733 | 10/5/2007 | $1,275.92 |
| FIL | FILTRATION GROUP | KKTG | 0136894 | 10/8/2007 | $961.64 |
| FIL | FILTRATION GROUP | KKTG | 0136894 | 10/8/2007 | $0.00 |
| FIL | FILTRATION GROUP | KKTG | 0137063 | 10/12/2007 | $1,439.92 |
| FIL | FILTRATION GROUP | KKTG | 0137135 | 10/12/2007 | $961.64 |
| FIL | FILTRATION GROUP | KKTG | 0137091 | 10/15/2007 | $762.80 |
| FIL | FILTRATION GROUP | KKTG | 0137134 | 10/15/2007 | $1,325.92 |
| Total | | | | | $573,584.31 |

Total Bills: 559

Filter: Bills with: SCAC = "KKTG"