**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| TRANZACT TECHNOLOGIES, INC., )<br>doing business as FREEDOM LOGISTICS, )<br>                                    )<br>      Plaintiff,             )<br>                                    )<br>    v.                             )<br>                                    )<br>FREEDOM LOGISTICS, LLC,      )<br>                                    )<br>      Defendant.           ) | Case No.: 07 CV 6597<br><br>Judge: Marvin E. Aspen |

To:    Freedom Logistics, LLC
          c/o Anthony E. Young, Reg. Agent
          Law Offices of Anthony E. Young
          100 East Huron Street, Suite 2004
          Chicago, Illinois 60611

**NOTICE OF MOTION**

      Please take notice that on December 20, 2007, at 10:30 A.M. I shall appear before the Honorable Judge Marvin E. Aspen in Courtroom 2568 of the Dirksen Federal Building, 219 South Dearborn St., Chicago, Illinois and present Plaintiff's Motion for Preliminary Injunction.

                                                                   /s/ Matthew P. Barrette      .

Sullivan Hincks & Conway
120 W. 22nd Street, Suite 100
Oak Brook, Illinois 60523
(630) 573-5021

**CERTIFICATE OF SERVICE**

      I, Matthew P. Barrette, an attorney, hereby certify that I caused this Notice and Motion for Preliminary Injunction, as well as the Memorandum in support of Motion, to be mailed to the person identified above by U.S. Mail by depositing same in the mailbox located at 120 W. 22nd Street, Oak Brook, Illinois before 4 pm on November 26, 2007, proper postage prepaid.

                                                                   /s/ Matthew P. Barrette      .