**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Tranzact Technologies, Inc.
                            Plaintiff,

v.                                         Case No.: 1:07−cv−06597
                                                    Honorable Marvin E. Aspen

Freedom Logistics, Inc. LLC
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, December 17, 2007:

      MINUTE entry before Judge Marvin E. Aspen dated 12/17/07:Plaintiff's Motion for preliminary injunction [7] is withdrawn. Motion terminated. The motion hearing set for 12/20/07 is stricken. A Status hearing is set for 2/21/2008 at 10:30 AM., in Courtroom 2525. The Plaintiff is to notify the defendant of status date. Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.